IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS AND<br>SUBRINNA LYNN COLEMAN,<br>Individually and as Next Friend of<br>SDW, a Minor<br><br>　　　　Plaintiffs,<br><br>V.<br><br>BEAUMONT INDEPENDENT<br>SCHOOL DISTRICT, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:14-cv-00314 |

## ORIGINAL ANSWER OF DEFENDANT
## BEAUMONT INDEPENDENT SCHOOL DISTRICT

TO THE JUDGE OF THE HONORABLE COURT:

The Defendant Beaumont Independent School District (the "District" or "Defendant") files its Original Answer as follows:

### DEFENSES

In asserting the following defenses, the District does not admit that the burden of proving the allegations or denials contained in the defenses is upon the District, but, to the contrary, that the burden of proving the facts relevant to many of the defenses and the burden of proving the inverse of the allegations contained in many of the defenses is upon the Plaintiffs. Moreover, the District does not admit, in asserting any defense, any liability, but, to the contrary, specifically denies any and all allegations of liability in the Plaintiffs' lawsuit. Without admitting liability as to any of the Plaintiffs' cause(s) of action, the District asserts the following defenses:

　　1.　　The Complaint fails to state a claim upon which relief may be granted.

　　2.　　Plaintiffs have failed to mitigate their damages, if any.

3. The District asserts the doctrine or governmental immunity which precludes Plaintiffs' claims against the District.

4. Plaintiffs have failed to exhaust their administrative remedies.

5. Plaintiffs may not obtain any punitive damages from the District, which is immune from all such claims as a matter of law. *See* 42 U.S.C. § 1981a(b); *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 271 (1981).

6. The District reserves the right to assert additional defenses or affirmative defenses as they become apparent through discovery.

## ORIGINAL ANSWER

Without waiving the foregoing defenses, the District answers the allegations of the Plaintiffs' Original Complaint by correspondingly numbered paragraphs as follows:

### I. RESPONSE TO PLAINTIFF'S "NATURE OF ACTION"

1. The District admits that Plaintiffs have asserted a claim for relief under Sec. 42 U.S.C. 1983. The District denies the remaining allegations in Paragraph 1 of the Complaint.

### II. RESPONSE TO PLAINTIFFS' "PARTIES"

2. To the best of its knowledge, the District admits that Plaintiffs are individuals residing in Beaumont, Texas. To the best of its knowledge, the District admits that Daron Jerome Willis and Subrinna Lynn Coleman are the parents and next friends of SDW, a minor.

3. The District admits the allegations in Paragraph 3 of the Complaint.

4. The District admits the allegations in Paragraph 4 of the Complaint.

### III. RESPONSE TO PLAINTIFFS' STATEMENTS REGARDING "JURISDICTION AND VENUE"

5.  The District admits the Plaintiffs have asserted a claim for relief under 42 U.S.C. Sec. 1983, although it denies that Plaintiffs are entitled to any relief, under any theory of law or equity. The District admits that jurisdiction is proper in this court.

6.  The District admits that venue is proper in this court.

## IV. RESPONSE TO PLAINTIFFS' "FACTUAL BACKGROUND"

7.  The District admits that Plaintiffs seek compensatory and punitive damages against the District and Officer Rivers but denies the remaining allegations in Paragraph 7 of the Complaint.

8.  The District denies the allegations in Paragraph 8 of the Complaint.

## V. RESPONSE TO PLAINTIFFS' "LIABILITY OF DEFENDANTS UNDER SECTION 1983"

9.  The District denies the allegations in Paragraph 9 of the Complaint.

## VI. RESPONSE TO PLAINTIFFS' "DAMAGES"

11a.  The District denies that the Plaintiffs are entitled to any of the relief requested in this paragraph.

11b.  The District denies that the Plaintiffs are entitled to any of the relief requested in this paragraph.

## VII. RESPONSE TO PLAINTIFFS' "ALTERNATIVE PLEADINGS"

11.  The District denies the allegations in this paragraph.

### PRAYER

The District denies that it has violated the Plaintiffs' rights in any manner. The District denies that Plaintiffs are entitled to any of the relief requested in this paragraph.

Respectfully submitted,

THOMPSON & HORTON LLP

By:   /s/ Frances R. Broussard
      Frances R. Broussard
      Texas Bar No. 24055218
      Christopher B. Gilbert
      Texas Bar No. 00787535

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713-554-6788 – Telephone
713-583-4335 – Facsimile
Email: fbroussard@thompsonhorton.com
       cgilbert@thompsonhorton.com

**ATTORNEY FOR THE DEFENDANT INDEPENDENT SCHOOL DISTRICT**

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to counsel of record for Plaintiffs on July 7 2014, via the Court's electronic service system:

> B. Adam Terrell
> Weller, Green, Toups & Terrell, LLP
> P.O. Box 350
> Beaumont, Texas  77704-0350
>
> Kevin S. Laine
> Attorney at Law
> 1104 Orleans Street
> Beaumont, Texas  77701-3611

/s/ Frances R. Broussard
Frances R. Broussard
