UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14-CV-00314 |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## NOTICE OF APPEARANCE AND UNOPPOSED MOTION
## TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Stephen Rivers, Defendant, in the above-entitled and numbered cause, and files this Notice of Appearance and Unopposed Motion to Substitute Counsel and would show as follows:

### I.

Attorney James E. Byrom of the law firm of Walsh, Anderson, Gallegos, Green & Treviño, P.C., 10375 Richmond Ave., Suite 750, Houston, Texas 77042-4196, (713) 789-6864, enters this Notice of Appearance as Lead Attorney for Defendant.

### II.

Defendant has now retained James E. Byrom for further representation in this matter. With the appearance of James E. Byrom as Lead Attorney, Defendant no longer requires the representation of Melody G. Chappell. Therefore, Defendant requests that Mr. Byrom be substituted as the attorney for Defendant and that Ms. Chappell be withdrawn as the attorney for

Defendant.

        Respectfully submitted,

        WALSH, ANDERSON, GALLEGOS
        GREEN & TREVIÑO, P.C.
        10375 Richmond Avenue, Suite 750
        Houston, Texas   77042
        Telephone:   (713) 789-6864
        Facsimile:    (713) 789-9318

        BY: /s/ James E. Byrom
            JAMES E. BYROM
            State Bar No. 03568100
            E-mail: jbyrom@wabsa.com

            KELLEY L. KALCHTHALER
            State Bar No. 24074509
            Email: kkalchthaler@wabsa.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 31, 2014, Kelley Kalchthaler conferred by phone with Plaintiff's counsel regarding the instant motion and opposing counsel indicated that he did not oppose this motion.  Counsel for Defendant Beaumont Independent School District is not opposed to this motion.

        /s/ James E. Byrom
        James E. Byrom

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of July, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

B. Adam Terrell                                         *Via Electronic Case Filing,*
Texas Bar No. 19790900
Weller, Green, Toups & Terrell, LLP
Post Office Box 350
Beaumont, TX 77704-0350
Phone: (409) 838-0101
Fax:    (409) 832-2940

Kevin Symons Laine                                *Via Electronic Case Filing*
Texas Bar No. 00798313
Attorney at Law
1104 Orleans Street
Beaumont, TX 77701-3611
Phone: (409) 838-4040
Fax:    (409) 832-7830
**Attorneys for Plaintiffs**

Melody G. Chappell                                 *Via Electronic Case Filing*
State Bar No. 00785096
Wells, Peyton, Greenberg & Hunt, L.L.P.
550 Fannin Street, Suite 600
Beaumont, TX 77701
Phone: (409) 838-2644
Fax:    (409) 838-4713
**Attorneys for Defendant Stephen Rivers**

Frances R. Broussard                              *Via Electronic Case Filing*
Texas Bar No. 24055218
Christopher B. Gilbert
Texas Bar No. 00787535
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027-7554
Phone: (713) 554-6788
Fax:    (713) 583-4335
**Attorneys for Defendant Beaumont ISD**

                                                              */s/ James E. Byrom*
                                                               James E. Byrom