# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** § | | |
| **SUBRINNA LYNN COLEMAN,** § | | |
| **Individually and as Next Friend of** § | | |
| **SDW, a Minor,** § | | |
| **Plaintiffs** § | | |
| § | | |
| **vs.** § | **CIVIL ACTION NO. 1:14-CV-00314** | |
| § | | |
| **BEAUMONT INDEPENDENT** § | | |
| **SCHOOL DISTRICT, ET AL,** § | | |
| **Defendants** § | | |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Be it remembered that on this day came to be considered Defendant Stephen Rivers's Notice of Appearance and Unopposed Motion to Substitute Counsel.  After consideration of the motion, the Court is of the opinion that Defendant's motion should be in all things granted.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant Stephen Rivers's Notice of Appearance and Unopposed Motion to Substitute Counsel be, and it hereby is, GRANTED.  Melody Chappell is hereby withdrawn as Defendant Stephen Rivers's counsel of record, and James E. Byrom of the law firm of Walsh, Anderson, Gallegos, Green & Treviño, P.C., 10375 Richmond Ave., Suite 750, Houston, Texas 77042-4196, (713) 789-6864, is hereby substituted in as counsel of record and Attorney in Charge for Defendant Stephen Rivers.