** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS, et al., | § § | |
| *Plaintiffs,* | § § | |
| | § | CIVIL ACTION No. 1-14-CV-314 |
| v. | § § | JUDGE RON CLARK |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, et al., | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Before the court is Defendant Stephen Rivers's Unopposed Motion for Substitution of Counsel. [Doc. # 8]. Defendant Rivers has retained Attorney James E. Byrom and seeks to substitute him for Attorney Melody G. Chappell. The other parties do not oppose this substation. Having considered the arguments of the parties, the court is of the opinion it should grant this motion. IT IS THEREFORE ORDERED that Attorney James E. Byrom shall be substituted for Attorney Melody G. Chappell and that the Unopposed Motion for Substitution of Counsel [Doc. # 8] is GRANTED.

**So ordered and signed on**

**Aug 1, 2014**

_____
Ron Clark, United States District Judge