IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN,** Individually and as Next Friend of SDW, a Minor, **Plaintiffs** § § § § § § | CIVIL ACTION NO. 1:14-cv-00314 |
| **VS.** § § § | |
| **BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL, Defendants** § § § | |

## NOTICE OF PLAINTIFFS' INITIAL DISCLOSURE

TO:   Defendant Beaumont Independent School District, by and through its counsel of record, Ms. Frances R. Broussard and Mr. Christopher G. Gilbert, THOMPSON & HORTON LLP, Phoenix Tower, Suite 2000, 3200 Southwest Freeway, Houston, TX  77027-7554, **VIA CERTIFIED MAIL NO. 7011 2970 0004 1653 3375**.

Defendant Stephen Rivers, by and through his counsel of record, Mr. James E. Byrom and Ms. Kelley L. Kalchthaler, WALSH, ANDERSON GALLEGOS, GLENN & TREVINO, PC, 10375 Richmond Avenue, Suite 750, Houston, TX 77042-4196, **VIA CERTIFIED MAIL NO. 7011 2970 0004 1653 3382.**

Plaintiffs file this Notice of Initial Disclosure and state that the disclosure required under Fed.R.Civ.P.26(a)(1) and (a)(2) has taken place.

Dated:  August 7, 2014.

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**

By: /s/ *B. Adam Terrell*

**B. ADAM TERRELL**
Texas Bar No. 19790900
Post Office Box 350
Beaumont, TX 77704-0350
Phone: (409) 838-0101
Fax:   (409) 832-2940

**ATTORNEY FOR PLAINTIFFS DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, INDIVIDUALLY AND AS NEXT FRIEND OF SUDARIAN DEONTE WILLIS, A MINOR**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record via certified mail, on this the 7th day of August, 2014.

                                                     By: /s/ *B. Adam Terrell*
                                                           **B. ADAM TERRELL**

Case 1:14-cv-00314-RC   Document 10   Filed 08/07/14   Page 2 of 2 PageID #: 43