UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14-CV-00314 |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## NOTICE OF DEFENDANT STEPHEN RIVERS' INITIAL MANDATORY DISCLOSURE

Defendant, Stephen Rivers, files this Notice with the Court that the Initial Mandatory Disclosure of Defendant Stephen Rivers required under the U.S. Eastern District of Texas Local Rule CV-26 and Federal Rules of Civil Procedure 26(a)(1), was made on the 26th day of August, 2014.

Respectfully submitted,

WALSH, ANDERSON, GALLEGOS
GREEN & TREVIÑO, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas  77042
Telephone:  (713) 789-6864
Facsimile:   (713) 789-9318


BY:/s/ Kelley L. Kalchthaler
JAMES E. BYROM
State Bar No. 03568100
E-mail: jbyrom@wabsa.com

KELLEY L. KALCHTHALER
State Bar No. 24074509
Email: kkalchthaler@wabsa.com

ATTORNEYS FOR DEFENDANT
STEPHEN RIVERS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2014, a true and correct copy of the foregoing was served upon counsel of record as follows:

| | |
|---|---|
| B. Adam Terrell | *Via Electronic Case Filing* |
| Texas Bar No. 19790900 | |
| Weller, Green, Toups & Terrell, LLP | |
| Post Office Box 350 | |
| Beaumont, TX 77704-0350 | |
| Phone: (409) 838-0101 | |
| Fax:   (409) 832-2940 | |
| | |
| Kevin Symons Laine | *Via Electronic Case Filing* |
| Texas Bar No. 00798313 | |
| Attorney at Law | |
| 1104 Orleans Street | |
| Beaumont, TX 77701-3611 | |
| Phone: (409) 838-4040 | |
| Fax:   (409) 832-7830 | |
| **Attorneys for Plaintiffs** | |
| | |
| Frances R. Broussard | *Via Electronic Case Filing* |
| Texas Bar No. 24055218 | |
| Christopher B. Gilbert | |
| Texas Bar No. 00787535 | |
| Phoenix Tower, Suite 2000 | |
| 3200 Southwest Freeway | |
| Houston, TX 77027-7554 | |
| Phone: (713) 554-6788 | |
| Fax:   (713) 583-4335 | |
| **Attorneys for Defendant Beaumont ISD** | |

/s/ *Kelley L. Kalchthaler*
Kelley L. Kalchthaler
