IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS, ET AL | § § § |
| vs. | §   C.A. NO. 1:14-CV-314(RC) § |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL | § § § |

## NOTICE OF DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S INITIAL MANDATORY DISCLOSURE

Defendant, Beaumont Independent School District, files this Notice with the Court that the Initial Mandatory Disclosure of Defendant Beaumont Independent School District under the U.S. Eastern District of Texas Local Rule CV-26 and Federal Rules of Civil Procedure 26(a)(1), was made on the 26th day of August, 2014.

Respectfully submitted,

Thompson & Horton LLP


By: /s/ Frances R. Broussard
   Frances R. Broussard
   Attorney-in-Charge
   State Bar No. 24055218
   fbroussard@thompsonhorton.com
   Christopher B. Gilbert
   State Bar No. 00787535
   cgilbert@thompsonhorton.com
   3200 Southwest Freeway, Suite 2000
   Houston, Texas 77027
   Telephone: (713) 554-6788
   Facsimile: (713) 583-4335

   **Attorneys for Defendant Beaumont Independent School District**

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 26th day of August, 2014.

/s/ Frances R. Broussard
Frances R. Broussard

630826