IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS AND § <br> SUBRINNA LYNN COLEMAN, § <br> Individually and as Next Friend of § <br> SDW, a Minor, § <br>       Plaintiffs § <br> § <br> VS. § <br> § <br> BEAUMONT INDEPENDENT § <br> SCHOOL DISTRICT, ET AL, § <br>       Defendants. § | CIVIL ACTION NO. 1:14-cv-00314 |

**PROPOSED SCHEDULING ORDER DEADLINES**

The following actions shall be completed by the date indicated. (The dates indicated are the standard for most cases. Counsel should be prepared to explain the need for requested changes).

| | |
|---|---|
| August 4, 2014 <br> (1 week after management conference) | Deadline for motions to transfer. |
| September 9, 2014 <br> (6 weeks after management conference) | Deadline to add parties. <br> (A motion for leave is required when adding a party that destroys the court's jurisdiction). |
| January 31, 2014 <br> (tentative) | Mediation should occur by this date. |
| October 7, 2014 <br> (10 weeks after conf.) | Plaintiffs' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). |
| October 21, 2014 <br> (12 weeks after conf.) | Deadline for Plaintiffs to file amended pleadings. (A motion for leave to amend is not necessary, except as otherwise provided herein). |

| | |
|---|---|
| November 18, 2014<br>(16 weeks after conf.) | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b). |
| November 25, 2014 (Defendant's deadline)<br>(6 weeks after disclosure of an expert is made)<br><br>January 6, 2015 (Plaintiff's deadline) | Deadline to object to any other party's expert witnesses.<br><br>Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection.  The Court will not accept objections to experts filed in any form – i.e. motions in limine – after this date.<br><br>Expert reports should include the categories of information set out in Fed. R.Civ. P. 26(a)(2)(B)(i)-(vi) and 26(a)(2)(C)(i)-(ii). Challenges to expert reports include those set out in Fed. R. Evid. 702(a)-(d) and 703. |
| November 4, 2014<br>(14 weeks after conf.) | Deadline for Defendant's final amended pleadings.  A motion for leave to amend is not necessary. |
| December 2, 2014<br>(18 weeks after conf. and 12 weeks before docket call) | Deadline for motions to dismiss, motions for judgment, or other dispositive motions. |
| February 10, 2015<br>(28 weeks after conf.) | All discovery shall be commenced in time to be completed by this date. |
| April 23, 2015<br>(5 weeks before docket call) | Notice of intent to offer certified records. |
| April 23, 2015<br>(5 weeks before docket call) | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial |

|  |  |
|---|---|
|  | Order (*See* Local Rule CV-16(b)) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| April 30, 2015<br>(4 weeks before docket call) | Video Deposition Designation due. Each party who proposes to offer a deposition by Video shall file a disclosure identifying the line and page numbers to be offered. All other parties will have ten days to file a response requesting cross examination line and page numbers to be included. Any objections to testimony must be filed ten days prior to the Final Pretrial Conference. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's ruling on objections. |
| May 7, 2015<br>(3 weeks before docket call) | Motions in limine due<br>File Joint Final Pretrial Order (See Local Rules – Appendix D.  Obtain form for Exhibit List from Clerk's office or Court website).<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| May 14, 2015<br>(2 weeks before docket call) | Response to motions in limine due. [1]<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[2] (This does not extend deadline to object to expert witnesses.) if numerous objections are filed, the court may set a hearing prior to docket call. |

---

[1] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if briefing is needed on a particularly difficult or novel issue, the Court needs some time to review the matter.

[2] Objections not made at this time, with the exceptions of objection under Federal Rules of Evidence 402 and 403, may be deemed waived.

| | |
|---|---|
| May 21, 2015<br>(1 week before docket call) | Pre-marked exhibit list due (Obtain form from website or District Clerk's Office). |
| Date will be provided by Court, see attached list. (Usually 9 months from conf.) | Docket call and Final Pretrial at 9:00 a.m. in Beaumont.  Date parties should be prepared to try case. |
| Day after Docket call | 9:00 a.m. Jury Selection and Trial.  Case will be tried in order with other cases on the docket. |