IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, Individually and as Next Friend of SDW, a Minor, Plaintiffs | § § § § § | |
| | § | CIVIL ACTION NO. 1:14-cv-00314 |
| VS. | § § § | |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL, Defendants | § § § | |

### NOTICE OF PLAINTIFFS' SECOND SUPPLEMENTAL DISCLOSURE

TO:   Defendant Beaumont Independent School District, by and through its counsel of record, Ms. Frances R. Broussard and Mr. Christopher G. Gilbert, THOMPSON & HORTON LLP, Phoenix Tower, Suite 2000, 3200 Southwest Freeway, Houston, TX  77027-7554, **VIA FAX NO. (713) 583-4335** - Total Pages: 19.

Defendant Stephen Rivers, by and through his counsel of record, Mr. James E. Byrom and Ms. Kelley L. Kalchthaler, WALSH, ANDERSON GALLEGOS, GLENN & TREVINO, PC, 10375 Richmond Avenue, Suite 750, Houston, TX 77042-4196, **VIA FAX NO.  (713) 789-9318** - Total Pages: 19.

Plaintiffs file this Notice of Plaintiffs' First Supplemental Disclosure and state that the disclosure required under Fed.R.Civ.P.26(a)(1) and (a)(2) has taken place.

Dated:  August 7, 2014.

Respectfully submitted,

WELLER, GREEN, TOUPS & TERRELL, L.L.P.

By: /s/ *B. Adam Terrell*
    B. ADAM TERRELL
    Texas Bar No. 19790900
    Post Office Box 350
    Beaumont, TX 77704-0350
    Phone: (409) 838-0101
    Fax:   (409) 832-2940

**ATTORNEY FOR PLAINTIFFS DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, INDIVIDUALLY AND AS NEXT FRIEND OF SUDARIAN DEONTE WILLIS, A MINOR**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record via certified mail, on this the 21st day of November, 2014.

                                               /s/ *B. Adam Terrell*
                                               **B. ADAM TERRELL**