UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:14-CV-00314** |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

**PROPOSED ORDER GRANTING DEFENDANT STEPHEN RIVERS'
MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO LIMIT
PLAINTIFFS' EXPERT TESTIMONY**

BE IT REMEMBERED that on this day came on to be considered Defendant Stephen Rivers' Motion to Strike, or in the Alternative, Motion to Limit Plaintiffs' Expert Testimony, and in consideration of the motion, this Court is of the opinion that the Motion should be, and it hereby is GRANTED.