# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS AND § | |
| SUBRINNA LYNN COLEMAN, § | |
| Individually and as Next Friend of § | |
| SDW, a Minor, § | |
| Plaintiffs § | CIVIL ACTION NO. 1:14-cv-00314 |
| § | |
| VS. § | |
| § | |
| BEAUMONT INDEPENDENT § | |
| SCHOOL DISTRICT, ET AL, § | |
| Defendants § | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE DISCOVERY RESPONSES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Daron Jerome Willis and Subrina Lynn Coleman, Individually and as Next Friend of SDW, a Minor, Plaintiffs in the above entitled and numbered cause, filing this Motion for Leave to File Late Discovery Responses, and as grounds therefore would show the Court the following:

1.  Plaintiff was served with Defendant, Stephen Rivers', First Interrogatories to Plaintiffs, First Requests for Production to Plaintiffs, and First Requests for Admissions, dated October 27, 2014, via USPS.

2.  The deadline for Plaintiffs to file their answers and objections to said discovery was calculated to be on or about November 26, 2014.

3.  In addition to the Thanksgiving holiday being during that time, Plaintiffs' attorney was scheduled to begin trial in the 60th District Court on December 1, 2014 and was preoccupied with preparation for the upcoming trial. Due to the trial preparation and holiday season Plaintiffs' attorney failed to recognize the due date and therefore did not timely file the responses.

4. On November 5, 2014 Plaintiffs' attorney realized the oversight and immediately prepared the Response to Request for Admissions and faxed same to apposing counsel. Plaintiffs' attorney is currently working to complete the Answers to Interrogatories and Response to Request for Production and intends to have the documents complete in the near future.

5. Plaintiffs seek additional time until and including December 12, 2014, to file discovery responses and request the Court enter an Order reflecting the new deadline.

6. Plaintiffs would show that this request is made in good faith, genuinely necessary under the circumstances, and not made to delay these proceedings. Furthermore, the extension, if granted, will not prejudice Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Daron Jerome Willis and Subrina Lynn Coleman, Individually and as Next Friend of SDW, a Minor, respectfully requests that the Court grant them additional time until and including December 12, 2014, to file discovery responses.

Dated: 12/10/2014

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**

By: /s/ *B. Adam Terrell*
　　B. ADAM TERRELL
　　Texas Bar No. 19790900
　　Post Office Box 350
　　Beaumont, TX 77704-0350
　　Phone: (409) 838-0101
　　Fax:  (409) 832-2940

**ATTORNEY FOR PLAINTIFFS DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, INDIVIDUALLY AND AS NEXT FRIEND OF SUDARIAN DEONTE WILLIS, A MINOR**

## CERTIFICATE OF CONFERENCE

 Kevin Laine, as co-counsel for Plaintiff, and James Byrom, as counsel for Defendant, have complied with the meet and confer requirement in Local Rule CV-7(h) with regard to the content of this motion on December 9, 2014. Counsel for Defendant has indicated Defendant is opposed to the relief requested herein. Plaintiff's counsel now submits this motion to the Court for its consideration.

        /s/ *B. Adam Terrell*
        **B. Adam Terrell**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of this instrument has been served upon all counsel of record in this cause and all other parties entitled to same by certified mail return receipt deliver, fax, and/or email on this 10th day of December, 2014.

        /s/ *B. Adam Terrell*
        **B. Adam Terrell**