IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN,** Individually and as Next Friend of SDW, a Minor,<br>**Plaintiffs**<br><br>VS.<br><br>**BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL,**<br>**Defendants** | §<br>§<br>§<br>§<br>§  **CIVIL ACTION NO. 1:14-cv-00314**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS ADDITIONAL TIME TO
## FILE DISCOVERY RESPONSES

**CAME ON TO BE CONSIDERED** Plaintiffs, Daron Jerome Willis and Subrina Lynn Coleman, Individually and as Next Friend of SDW, a Minor's, Motion for Leave to File Late Discovery Responses, and the Court finds that said motion is meritorious and should be GRANTED, therefore

**IT IS ORDERED** that Plaintiffs, Daron Jerome Willis and Subrina Lynn Coleman, Individually and as Next Friend of SDW, a Minor, shall be granted additional time until and including December 12, 2014, to file discovery responses.

_____
**US DISTRICT JUDGE**