UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:14-CV-00314 |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE DISCOVERY RESPONSES

Be it remembered that on this day came to be considered Defendant Stephen Rivers's Response to Plaintiff's Motion for Leave to File Late Discovery Responses. After consideration of the motion, the Court is of the opinion that Plaintiffs' motion should be DENIED.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Leave to File Late Discovery Responses is hereby DENIED.