## CERTIFICATE OF CONFERENCE

Kevin Laine, as co-counsel for Plaintiff, and James Byrom, as counsel for Defendant, have complied with the meet and confer requirement in Local Rule CV-7(h) with regard to the content of this motion on December 9, 2014. Counsel for Defendant has indicated Defendant is opposed to the relief requested herein. Plaintiff's counsel now submits this motion to the Court for its consideration.

/s/ *B. Adam Terrell*
**B. Adam Terrell**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served upon all counsel of record in this cause and all other parties entitled to same via efile in accordance with the Federal Rules of Civil Procedure on this 17th day of December, 2014.

/s/ *B. Adam Terrell*
**B. Adam Terrell**