IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN,** Individually and as Next Friend of SDW, a Minor, **Plaintiffs** | ' ' ' ' ' **CIVIL ACTION NO. 1:14-cv-00314** |
| **VS.** | ' ' |
| **BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL,** **Defendants** | ' ' ' |

## ORDER DENYING DEFENDANT STEPHEN RIVERS' MOTION TO STRIKE, OR ALTERNATIVELY, MOTION TO LIMIT PLAINTIFFS' EXPERT TESTIMONY

The Court, having considered Defendant Stephen Rivers' Motion to Strike, or alternatively, Motion to Limit Plaintiffs' Expert Testimony and Plaintiffs' response thereto, finds that there are no or insufficient grounds to support Defendant's motion.

IT IS THEREFORE ORDERED that Defendant Stephen Rivers' Motion to Strike, or alternatively, Motion to Limit Plaintiffs' Expert Testimony is DENIED.