**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:14-CV-00314** |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## DEFENDANT STEPHEN RIVERS' NOTICE OF DESIGNATION OF EXPERTS

NOW COMES Defendant Stephen Rivers and files this Notice of Designation of Expert

Witnesses pursuant to Federal Rules of Civil Procedure 26(a)(1) and the scheduling order in this

case.  Defendant Rivers has served upon all counsel of record his designation of experts and

related documents on January 6, 2015.

Respectfully submitted,

WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas 77042
Telephone:  (713) 789-6864
Facsimile:  (713) 789-9318
Email:  jbyrom@wabsa.com
Email:  kkalchthaler@wabsa.com

By: */s/ Kelley L. Kalchthaler*
JAMES E. BYROM
State Bar No. 03568100
KELLEY L. KALCHTHALER
State Bar No. 24074509

**ATTORNEYS FOR DEFENDANT**
**STEPHEN RIVERS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2015, a true and correct copy of the foregoing was served upon counsel of record as follows:

B. Adam Terrell                                          *Via Electronic Case Filing*
Texas Bar No. 19790900
Weller, Green, Toups & Terrell, LLP
Post Office Box 350
Beaumont, TX 77704-0350
Phone: (409) 838-0101
Fax:   (409) 832-2940

Kevin Symons Laine                                       *Via Electronic Case Filing*
Texas Bar No. 00798313
Attorney at Law
1104 Orleans Street
Beaumont, TX 77701-3611
Phone: (409) 838-4040
Fax:   (409) 832-7830
**Attorneys for Plaintiffs**

Frances R. Broussard                                     *Via Electronic Case Filing*
Texas Bar No. 24055218
Christopher B. Gilbert
Texas Bar No. 00787535
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027-7554
Phone: (713) 554-6788
Fax:   (713) 583-4335
**Attorneys for Defendant Beaumont ISD**

/s/ *Kelley L. Kalchthaler*
Kelley L. Kalchthaler