# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS, ET AL § | |
| § | |
| § | |
| vs. § | C.A. NO. 1:14-CV-314(RC) |
| § | |
| BEAUMONT INDEPENDENT § | |
| SCHOOL DISTRICT, ET AL § | |

## NOTICE OF DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S EXPERT DISCLOSURE

Defendant Beaumont Independent School District files its Notice with the Court that the Expert Disclosure of Defendant Beaumont Independent School District under United States Eastern District of Texas Local Rule CV-26 and Federal Rule of Civil Procedure 26(a)(2) was made on January 6, 2015.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
Christopher B. Gilbert
Attorney-in-Charge
State Bar No. 00787535
cgilbert@thompsonhorton.com
Frances R. Broussard
State Bar No. 24055218
fbroussard@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Facsimile: (713) 583-7698

**ATTORNEYS FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, this 6th day of January, 2014.

                                            /s/ Christopher B. Gilbert
                                            Christopher B. Gilbert

675766