IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS AND §<br>SUBRINNA LYNN COLEMAN, §<br>Individually and as Next Friend of §<br>SDW, a Minor, §<br>**Plaintiffs** § | CIVIL ACTION NO. 1:14-cv-00314 |
| §<br>VS. §<br>§ | |
| BEAUMONT INDEPENDENT §<br>SCHOOL DISTRICT, ET AL, §<br>**Defendants** § | |

## PLAINTIFFS' EXPERT DISCLOSURE

TO:   Defendant Beaumont Independent School District, by and through its counsel of record, Ms. Frances R. Broussard and Mr. Christopher G. Gilbert, THOMPSON & HORTON LLP, Phoenix Tower, Suite 2000, 3200 Southwest Freeway, Houston, TX 77027-7554, **VIA CERTIFIED MAIL NO. 7011 2970 0004 1653 4020**.

Defendant Stephen Rivers, by and through his counsel of record, Mr. James E. Byrom and Ms. Kelley L. Kalchthaler, WALSH, ANDERSON GALLEGOS, GLENN & TREVINO, PC, 10375 Richmond Avenue, Suite 750, Houston, TX 77042-4196, **VIA CERTIFIED MAIL NO. 7011 2970 0004 1653 4013**.

Plaintiffs, Daron Jerome Willis and Subrinna Lynn Coleman, Individually and As Next Friend of SDW, a Minor, make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

## IDENTITY OF NON-RETAINED EXPERTS

1.   The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

   a.   Plaintiffs designate all those experts identified by Defendant.

   b.   Plaintiffs designate the following medical providers who treated Minor Plaintiff and may testify as to his medical and mental condition following the incident made the basis of this suit. These medical providers have not been retained or employed by Plaintiffs.

      1.   Medical Providers for
         City of Beaumont EMS
         P. O. Box 3827
         Cash Management - EMS

    Beaumont, TX  77704-3827
    (409) 880-3148

    Including but not limited to:
    Phillip Kimbrow
    Kyle LaRose

2.  Medical Providers for
   Christus St. Elizabeth Hospital
   2830 Calder
   Beaumont, TX  77702-1809
   (409) 892-7171

   Including but not limited to:
   Morgan Nelson, RN
   Gerard R. Tiffault, MD

3.  Medical Providers for
   Jefferson Emergency Medicine
   3303 S. Meridian Ave.
   Oklahoma City, OK  73119
   (800) 225-0953

4.  Medical Providers for
   Radiology Associates
   P. O. Box 12480
   Beaumont, TX  77726-2480
   (409) 899-3682

5.  Medical Providers for
   Beaumont Pediatrics
   3127 College Street
   Beaumont, TX 77701
   (409) 899-1433

   Including but not limited to:
   Elias Ezike, M.D.

6.  Medical Providers for
   Texas Children's Hospital
   Orthopaedic Surgery
   6701 Fannin
   Houston, TX  77030-2399
   (832) 824-1000

   Including but not limited to:
   Susannah M. Ferguson, PA-C

c.  Plaintiffs designate the following custodians of records for the medical providers designated above. The custodians may testify as to the

authenticity of the medical records and bills as well as the charges being reasonable and necessary. These custodians have not been retained or employed by Plaintiffs.

1. Custodians of Medical and Billing Records for
City of Beaumont EMS
P. O. Box 3827
Cash Management - EMS
Beaumont, TX 77704-3827
(409) 880-3148

2. Custodians of Medical and Billing Records for
Christus St. Elizabeth Hospital
2830 Calder
Beaumont, TX 77702-1809
(409) 892-7171

3. Custodians of Medical and Billing Records for
Jefferson Emergency Medicine
3303 S. Meridian Ave.
Oklahoma City, OK 73119
(800) 225-0953

4. Custodians of Medical and Billing Records for
Radiology Associates
P. O. Box 12480
Beaumont, TX 77726-2480
(409) 899-3682

5. Custodians of Medical and Billing Records for
Beaumont Pediatrics
3127 College Street
Beaumont, TX 77701
(409) 899-1433

6. Custodians of Medical and Billing Records for
Texas Children's Hospital
Orthopaedic Surgery
6701 Fannin
Houston, TX 77030-2399
(832) 824-1000

7. Custodian of Medical and Billing Records of
CVS Pharmacy
One CVS Drive
Woonsocket, RI
(800) 287-2414

8. Custodian of Medical and Billing Records of
Walgreens

       1901 E Voorhees Street, Suite 735
       Danville, IL 61834

d. Law enforcement and/or Investigators who responded to and/or investigated the incident made the basis of this suit. The following persons were either present during the incident and/or responded to the scene of the incident and/or was involved in the investigation of the subject incident. These individuals may have opinions, factual knowledge, and other information consistent with the previously-produced incident report and/or the previously-produced witness statements. These individuals include but are not limited to the following:

1. Aqua Delco
Beaumont ISD Police Department
1025 Woodrow Street
Beaumont, TX 77705
(409) 617-7001
Aqua Delco is employed as the Administrative Sergeant for the Beaumont ISD Police Department.

2. Melisa Moore
BISD Public Safety Officer
West Brook High School
8750 Phelan Blvd.
Beaumont, TX 77706
(409) 617-5500
Security guard that initially intervened in the altercation; witnessed the incident made basis of this suit.

3. Sergeant Eric Payne
Beaumont ISD Police Dept.
1025 Woodrow Street
Beaumont, TX 77705
(409) 617-7001
Conducted an internal investigation regarding the incident; contacted Plaintiff Subrinna Coleman and requested a statement from Minor Plaintiff

4. Sergeant David Hall
Beaumont ISD Police Dept.
1025 Woodrow Street
Beaumont, TX 77705
(409) 617-7001
Was on duty at the school when the incident occurred; arrived at the scene of the incident and witnessed Officer Rivers and PSO Moore had Minor Plaintiff on the ground

5. Chief Clydell Duncan
Beaumont ISD Police Dept.
1025 Woodrow Street

       Beaumont, TX 77705
       (409) 617-7001
       Defendant River's supervisor at the time of the incident and the person responsible for placing defendant Rivers on administrative leave and for initiating an investigation into the incident made the basis of this suit

6.    Detective Sgt. Danny Moore
       Beaumont ISD Police Dept.
       1025 Woodrow Street
       Beaumont, TX 77705
       (409) 617-7001
       Received a copy of the video taken of the incident from Defendant Rivers for review

## IDENTITY OF RETAINED OR SPECIALLY EMPLOYED EXPERTS

2. The following persons are those whom Plaintiffs have retained or specially employed to provide expert testimony or whose duties as Plaintiffs' employee regularly involve giving expert testimony: Ken Wheatley MA, CPP

3. For each expert, Plaintiffs attach the following:

   a. A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B).
      **See expert preliminary report prepared by Ken Wheatley MA, CPP dated October 10, 2014 attached.**

   b. A complete statement of all opinion to be expressed and the bases and reasons for them.
      **See expert preliminary report prepared by Ken Wheatley MA, CPP dated October 10, 2014 attached.**

   c. The data or other information considered in forming the opinions.
      **See expert preliminary report prepared by Ken Wheatley MA, CPP dated October 10, 2014 attached.**

   d. A description of exhibits to be used as a summary or in support of those opinions.
      **See expert preliminary report prepared by Ken Wheatley MA, CPP dated October 10, 2014 attached. The report refers to the following documents used to support Ken Wheatley's opinion:**

      1. **BISD Police Department Offense Report, dated 03/07/14 submitted by Officer Stephen Rivers.**

      2. **BISD Police Department Supplement Case Report, dated 03/07/14 submitted by Detective Sgt. Danny Moore.**

3. BISD Police Department Follow-up Case Report, dated 03/07/14 submitted by Sgt. Eric Payne.

4. BISD Police Department Property Case Report, dated 03/07/14 (video recording of incident).

5. BISD Police Department Voluntary Statement of MeLisa Moore, dated 03/18/14.

6. Handwritten Witness Statement form of Randall Maxwell.

7. Handwritten Witness Statement form of Rachiel Guidry.

8. Handwritten Witness Statement form of the mother of person engaged in altercation with Minor Plaintiff (name redacted).

9. Handwritten Witness Statement form of person engaged in altercation with Minor Plaintiff (name redacted).

10. Handwritten Witness Statement form of a person (name redacted) but signed by Karma Savory.

11. Computer printout records search for Sudarian Willis dated 03/20/14.

12. Computer printout regarding Sudarian Willis listing Dispatcher Janet flanagan, dated 03/20/14.

13. Computer printout from NCIC regarding Sudarian Willis.

14. Communication (3 pages) from Sgt. Payne to Chief Duncan regarding internal investigation dated 05/09/14.

15. Letter from Fred Patterson to unknown recipient regarding his opinion of the event and use of force.

16. Statement of Officer Rivers dated 03/26/14.

17 Statement from Sgt. David Hall.

18. Force Incident Data Report - Officer name omitted.

19. BISD Police Department Reporting Information Form on Restraint Use.

20. Black and white photo of police officer kneeling down and a person lying on the ground.

21. Plaintiff's Original Petition.

22. Article in MailOnline of a purported interview with Chief Clydell Duncan.

e. A curriculum vitae, resume, or other listing of each expert's qualifications.
    See CV of Ken Wheatley MA, CPP attached.

f. A list of all publications authored by the expert within the last ten years.
    See list of publications authored by Ken Wheatley MA, CPP attached.

g. A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.
    Ken Wheatley MA, CPP has not testified within the last four years attached.

4. The listed expert will be compensated at a rate of $300.00 per hour.

Respectfully submitted,

WELLER, GREEN, TOUPS & TERRELL, L.L.P.

By: /s/ *B. Adam Terrell*
B. ADAM TERRELL
STATE BAR NO. 19790900
P. O. Box 350
Beaumont, Texas 77704-0350
(409) 838-0101
(409) 832-2940 (FAX)

ATTORNEY FOR PLAINTIFFS DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, INDIVIDUALLY AND AS NEXT FRIEND OF SUDARIAN DEONTE WILLIS, A MINOR

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served upon all counsel of record in this cause and all other parties entitled to same in accordance with the Texas Rules of Civil Procedure on this 15th day of October, 2014.

/s/ *B. Adam Terrell*
B. ADAM TERRELL