UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:14-CV-00314** |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## ORDER GRANTING DEFENDANT STEPHEN RIVERS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS

Be it remembered that on this day came on to be considered Defendant Stephen Rivers' Motion for Summary Judgment and Motion to Dismiss Under Fed. R. Civ. P. 12(c). After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Stephen Rivers' Motion for Summary Judgment and Motion to Dismiss Under Fed. R. Civ. P. 12(c) should be GRANTED.

It is therefore ORDERED that Defendant Stephen Rivers' Motion for Summary Judgment and Motion to Dismiss Under Fed. R. Civ. P. 12(c) be, and it hereby is, GRANTED.