# Exhibit A

IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS AND § <br> SUBRINNA LYNN COLEMAN, § <br> Individually and as Next Friend of § <br> SDW, a Minor § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> BEAUMONT INDEPENDENT § <br> SCHOOL DISTRICT, ET AL, § <br> Defendant § | CIVIL ACTION NO. 1:14-cv-00314 |

## DECLARATION OF MELISA MOORE

I, Melisa Moore, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit nor have I been threatened with any detriment in connection with giving this declaration.

1. My name is Melisa Moore. I am a commissioned law enforcement officer and currently employed with Patriot Security as an armed commissioned security officer. I have been in this position since June 2014. Prior to this, I was a Corporal Public Safety Officer ("PSO") with the Beaumont Independent School District Police Department ("BISD"). I was in that position for 6 years.

2. During my employment at BISD, I was assigned to West Brook High School located at 8750 Phelan Boulevard in Beaumont, Texas. As a PSO, my job was to ensure the safety and security of all district personnel and students on campus. My duties included responding to accidents or crimes on school property, patrolling the parking lots, stopping and checking identification of individuals on campus, directing traffic, and providing assistance to administrators and other police officers.

3. On March 7, 2014, I was on duty at West Brook High School. At approximately 3 p.m., I observed two black male students fighting in front of the main doors of the campus. There was cheering and screaming and approximately 300-400 students were in the immediate vicinity because it was the end of the school day. In an attempt to prevent the students involved in the fight from hurting each other, I attempted to break up the fight with verbal commands and by pulling away one of the juveniles by his waist. I was directly behind the student holding onto

his waist as he was slinging me around as I continued to give him orders to stop fighting. The student was later identified to me as Sudarian Willis. Sudarian then struck me with his elbow a couple of times in the shoulder area causing slight pain, but no injury. Officer Stephen Rivers observed Sudarian strike me with his elbow and intervened to prevent Sudarian from assaulting me further. Officer Rivers and I took Sudarian to the ground and while Officer Rivers had a hold of Sudarian's left arm he sustained an injury to that arm. The school nurse and EMS were immediately notified and Sudarian was transported to the hospital for treatment.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 19, 2015.

_____
MELISA MOORE