# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS AND | § | |
| SUBRINNA LYNN COLEMAN, | § | |
| Individually and as Next Friend of | § | |
| SDW, a Minor, | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14-CV-00314 |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL, | § | |
| Defendants | § | |

### AFFIDAVIT OF STEPHEN R. RIVERS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF JEFFERSON | § |

BEFORE ME, the undersigned authority, on this day personally STEPHEN R. RIVERS, known to me to be the person whose signature appears below and, having been by me duly sworn, the said person stated on oath as follows:

1. "My name is Stephen Rivers. I am over 18 years of age. I have never been convicted of a felony or crime of moral turpitude, and I am personally competent to make this affidavit. I have personal knowledge of all facts stated in this affidavit, and they are true and correct.

2. I have worked for the Beaumont ISD Police Department from approximately January 2013 until the present. I am a school police officer assigned to West Brook High School, located at 8750 Phelan Blvd, Beaumont, Texas 77705. I have been a licensed peace officer since 1992. I obtained my advanced peace officer license in 1998 and master peace officer license in 2013. Before working for the Beaumont ISD Police Department, I worked as a manager for Graybar Electric in Beaumont, Texas for 27 years until my retirement. I was also a reserve deputy for the Jefferson County Sheriff in the Gang Task Force from June 1992 until March 2003, my duties included investigations and arrests. I have also met the requirements for training for the State of Texas as outlined by the Texas Commission on Law Enforcement

("TCOLE") standards. I was employed by the Beaumont ISD Police Department at the time of the incident made the basis of this lawsuit.

3. On March 7, 2014 at approximately 3:00 p.m., I was at the main entrance of West Brook High School ("WBHS") when I heard sounds of an altercation from the area adjacent to the school bus lane under the main school canopy. Specifically, I heard the sound of people cheering, clapping, and screaming. I ran to that area where I observed an unidentified male student, who I later learned was S.D.W. (a plaintiff in the above-referenced lawsuit), struggling with another Beaumont ISD Police Officer, Officer MeLisa Moore. There were many students in the area as school had just ended, and several students were in close proximity to S.D.W. I later learned that the other student who had been involved in the altercation, D.H., had already left with a school administrator; however, S.D.W. had refused to comply with requests to stop and resisted efforts to subdue him. As I approached, I yelled, "Police, Stop" or "Stop, Police" several times to S.D.W. as he continued to resist Officer Moore's efforts to restrain him. At the time, Officer Moore had her arms around S.D.W.'s waist while S.D.W. tried to get Officer Moore off him by flinging her around as she held onto his waist and attempting to strike her with his elbows. At the time, I did not know the reason for this struggle, only that I observed a public servant struggling with and potentially being assaulted by a student that was clearly aggressive and non-compliant in a crowded environment. I felt he was an immediate threat to the safety of Officer Moore, the students in the vicinity, and myself.

4. As I neared S.D.W. and Officer Moore, S.D.W. observed me coming towards them, and S.D.W. swung his left hand at me. S.D.W. missed me, and I was able to grab his left wrist with my right hand and his upper arm with my left hand. I then began to position his arm behind his back in a standard empty-hand arm pin maneuver per the use of force continuum to gain control of S.D.W., who was still actively resisting efforts to subdue him. As I began employing this maneuver, we fell to the ground, and I continued to use this maneuver once on the ground because S.D.W. continued to forcefully resist, which caused me to have to use both hands to exert control over his arm. Officer Moore was also assisting to gain control of S.D.W., as he continued to resist our efforts. Officer Moore was partially on top of S.D.W., which prevented me from keeping S.D.W.'s arm closer to his spine, which would have been the normal manner of this maneuver. As I brought S.D.W.'s arm up, I realized that his arm had been unintentionally broken. I told Officer Moore so that she would not struggle with S.D.W. anymore, and I released the intensity of the hold. I continued to calm S.D.W. so that he would not cause any further injury to himself. S.D.W. said repeatedly, "Cop, why did you

break my arm?" Officer Moore retrieved some ice to put on his arm. An ambulance was also called and S.D.W. was transported to the hospital for treatment. During this entire incident, both Officer Moore and I were in full police uniform. I wore the department's standard uniform, which included a dark blue shirt displaying patches and my police badge and standard dark blue pants with dark piping down the pant leg seam.

5. After the incident, I collected evidence and filled out required reports, including the following, with redactions related to the identity of minors and in the interest of privacy rights: Beaumont ISD Offense Report (attached at *Exhibit A-1*), Force Incident Data Report, and Reporting Information Form on Restraint Use, and a witness statement from Officer Moore (attached at *Exhibit A-2*) Additionally, there were related witness statements, which are attached at *Exhibit A-3*, with redactions related to the identity of minors and in the interest of privacy rights. I also notified the Beaumont ISD Chief of Police and Sergeant Hall about the incident and made myself available for any questions.

6. I am aware that Beaumont ISD Police Department Sergeant Eric Payne conducted a subsequent investigation regarding the incident. Upon finishing his investigation, Sergeant Payne concluded that I had not violated any Beaumont ISD police department policy. While it is very regrettable that this young man's arm was broken during the incident, it was never my intention to do so. I believe the force that I used was necessary. Unfortunately, S.D.W. was injured as a result of his struggle and his refusal to comply with our efforts to stop him and gain control of the chaotic situation. My actions to gain control of the situation were based on my training and experience and my belief that S.D.W. posed an immediate threat to the safety of other students, Officer Moore, and myself."

FURTHER AFFIANT SAYETH NOT.

*[signature]*
STEPHEN R. RIVERS

SUBSCRIBED AND SWORN TO before me on this 16 day of January, 2015.

*[signature]*
Notary Public, State of Texas

Print Name: Twinetta A Celestine

My Commission Expires: July 12, 2015

*[Notary seal: TWINETTA A. CELESTINE, My Commission Expires July 12, 2015]*

4

# EXHIBIT A-1

# Beaumont I.S.D Police Department
## OFFENSE REPORT
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001  FAX: (409)617-7014  BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE/TIME REPORTED | CASE NO. |
|---|---|---|
| WEST BROOK HIGH SCHOOL / 8750 PHELAN BLVD, BEAUMONT, TX, Main Entrance | 03/07/2014 15:00 | 14-0144 |

| CODE SECTION | CRIME | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| 22.01(b)(1) | Assault-Simple on Public Servant | ASSAULTIVE OFFENSE | 0 | 0 |

| FROM: DATE/TIME | TO: DATE/TIME | APPROVED | CASE STATUS |
|---|---|---|---|
| 03/07/2014 15:00 | 03/07/2014 15:00 | YES | ACTIVE |

**ADDITIONAL CATEGORIES:**
- [ ] ALCOHOL RELATED
- [ ] DRUGS INVOLVED
- [ ] SENIOR CITIZEN
- [ ] ARREST OCCURED
- [ ] TRAFFIC RELATED
- [ ] GROUP/GANG INVOLVED
- [ ] WEAPONS INVOLVED
- [ ] DOMESTIC VIOLENCE

**ITEMS IN REPORT:**
- [X] SUPPLEMENT
- [ ] PICTURE/IMAGES
- [X] FOLLOW UP
- [X] PROPERTY/EVIDENCE

**COPIES TO:**
- [ ] JUDICIAL AFFAIRS
- [ ] OTHER
- [ ] DISTRICT ATTORNEY
- [X] PATROL
- [ ] PROBATION
- [ ] PHYSICAL PLANT
- [X] CHIEF
- [X] INVESTIGATIONS
- [ ] PRINCIPAL
- [ ] ASSISTANT PRINCIPAL

---

**INV W3** — NAME: GUIDRY, RACHIEL — TYPE: ASSISTANT PRINCIPAL
ADDRESS TYPE: CAMPUS — 8750 Phelan Boulevard, Beaumont, TX 77706
OFFICE: 409-817-5502

**INV O** — NAME: H▓▓▓ D▓▓▓ — TYPE: STUDENT

**INV W2** — NAME: MAXWELL, RANDALL — TYPE: PRINCIPAL
ADDRESS TYPE: Work — 8750 Phelan, Beaumont, TX 77707
OFFICE: 409-617-5500

**INV C** — NAME: MOORE, MELISA ANN — TYPE: STAFF
ADDRESS TYPE: CAMPUS — 8750 Phelan, beaumont, TX 77706

**INV W1** — NAME: RIVERS, STEPHEN R. — TYPE: STAFF
DRIVER'S LIC NO.: TX
ADDRESS TYPE: BUSINESS — 1025 Woodrow, Beaumont, TX 77705
OFFICE: 409-617-7001

**INV O** — NAME: S▓▓▓ K▓▓▓ — TYPE: PRIVATE CITIZEN
ADDRESS TYPE: HOME

**INV S** — NAME: W▓▓, S▓▓▓ D▓▓

REPORTING OFFICER: RIVERS, STEPHEN
REVIEWED BY: DELCO, AQUA
APPROVAL DATE: 03/20/2014
PRINT DATE AND TIME: 07/02/2014 10:38
PRINTED BY: PAYNE, ERIC
PAGE NO.: 1 of 3



**Beaumont I.S.D**
**Police Department**
**OFFENSE REPORT**
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001  FAX: (409)617-7014  BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| WEST BROOK HIGH SCHOOL / 8750 PHELAN BLVD, BEAUMONT, TX, Main Entrance | 03/07/2014 15:00 | 14-0144 |

| SSN | DRIVER'S LIC NO. | STUDENT ID | TYPE |
|---|---|---|---|
| | | | STUDENT |

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| HOME | | | | | | |

| PHONES |
|---|
| HOME: |

**SYNOPSIS:**
Student assaulted a PSO at West Brook.

**NARRATIVE**

On 3/7/2014 @ 1500hrs, I, Officer S. Rivers, was working the main entrance of West Brook, 8750 Phelan Blvd., Beaumont, when I heard an altercation.

I had just walked to the main entrance doors of West Brook when I heard the sound of people cheering and screaming near the bus drive. I ran to that area and observed an unidentified student, later identified as S█████ W███, ████████████████ struggling with a BISD Public Security Officer, identified as Melisa Moore, ████████ I had on the department's standard uniform, the dark blue shirt, showing patches and my badge and the standard dark blue pants with the dark piping down the pant leg seam. PSO Moore was wearing the light blue work shirt with patches on the sleeves and also had on her traffic vest that says security on it and dark blue pants. Also as I approached from the stairs, I was yelling "Police, Stop" several times to W███ as he was struggling with PSO Moore. PSO Moore had the student by his waist and was struggling with him as W███ was attempting to strike her in the back with his elbows trying to get her off of him. As I neared the two struggling, the unidentified student, W███ observed me going toward him and took a swing at me with his left hand. The swing missed me and I was able to grab W███' left wrist with my right hand and his upper arm with my left. I then began to pull his arm behind his back in a standard empty-hand arm pin maneuver per the use of force continuum to gain control of him. As I was doing this we were falling to the ground. I continued this maneuver once on the ground, as W███ continued to forcefully resist causing me to have to use both hands to control his arm. PSO Moore was laying on W███ which prevented me from keeping the students arm close to his spine in the normal manner of this maneuver. As I came up with his arm I heard an audible snap. W███ screamed and I immediately knew his arm had broken. I advised PSO Moore so that she would not struggle with him anymore and released the intensity of the hold. I maintained W███' arm behind him so as not to cause further injury. W███ attempted to pull his arm around to the front but stopped when his hand hit the ground. I tried to calm W███ so that he would quit wrenching about and finally was able to get him to lay still. PSO Moore went to get ice to put on his arm and several AP's had called for an ambulance.

Both PSO Moore and I were in full uniform. He looked at me as he took the swing at me and he had seen PSO Moore as she was trying to get him to stop the original fight. Once on the ground he continued to say "Cop, why did you break my arm?" I continued to try to calm him until I was called away by Mr. Maxwell, West Brook Principal, to answer some questions. Once finished with Mr. Maxwell, I remained with W███ until the ambulance arrived and assisted in placing W███ on the gurney. Once the ambulance left I was able to speak with various people who had witnessed the conflict and spoke with a couple of them. Cell phones that had videoed the conflict were collected for video evidence. These were reviewed and footage was obtained and sent to Det. Sgt. Moore for evidence. I

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE | |
|---|---|---|---|
| RIVERS, STEPHEN | DELCO, AQUA | 03/20/2014 | |
| SIGNATURES | | PRINT DATE AND TIME: 07/02/2014 10:36  PRINTED BY: PAYNE, ERIC | PAGE NO. 2 of 3 |



**Beaumont I.S.D**
**Police Department**
**OFFENSE REPORT**
1025 WOODROW, BEAUMONT, TX, 77705
PHONE: (409)617-7001  FAX: (409)617-7014  BISDPD@BEAUMONT.K12.TX.US

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| WEST BROOK HIGH SCHOOL / 8750 PHELAN BLVD, BEAUMONT, TX, Main Entrance | 03/07/2014 15:00 | 14-0144 |

Immediately filled out a BISD Reporting Information Form on Restraint Use statement and a Force Incident Data Report. I notified Chief Duncan and Sgt. Hall as to this incident and made myself available for any questions. PSO Moore completed a Handwritten Witness Statement.

Nothing further
Video to Sgt. Moore
Force Incident Data Report Attached
Reporting Information Form on Restraint Use to be turned in after signed by administrator.
Handwritten Statement (Moore).

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE | |
|---|---|---|---|
| RIVERS, STEPHEN | DELCO, AQUA | 03/20/2014 | |
| SIGNATURES | PRINT DATE AND TIME: 07/02/2014 10:30 | PRINTED BY: PAYNE, ERIC | PAGE NO: 3 of 3 |