# Exhibit C

IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, Individually and as Next Friend of SDW, a Minor<br>Plaintiffs<br><br>VS.<br><br>BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL,<br>Defendant | § § § § § § § § § § § § | CIVIL ACTION NO. 1:14-cv-00314 |

## DECLARATION OF STEPHEN RIVERS

I, Stephen Rivers, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit nor have I been threatened with any detriment in connection with giving this declaration.

1. My name is Stephen Rivers. I am a commissioned law enforcement officer and am currently employed with the Beaumont Independent School District Police Department ("BISD").

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of my Texas Commission on Law Enforcement ("TCOLE") report. The report accurately lists the training that I have received since I first became licensed.

3. Prior to the incident that forms the basis of this lawsuit, I was given a copy of the Beaumont ISD Police Department's Policy and Procedures Manual.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 20, 2015.

_____
STEPHEN RIVERS