# Exhibit C-1

# Texas Commission On Law Enforcement

## Personal Information

**Name**
STEPHEN R. RIVERS

**TCOLE ID (P ID)**
17868

**STATUS**

| **Citizen** | **Race** | **Gender** | **Federal ID** | **State ID** |
|---|---|---|---|---|
| Yes | White | Male | | 09702599 |

## Education Information

**Institution**

| Hours | Education |
|---|---|
| 0 | High School |
| 0 | Associate |
| 227 | Master |

**Total Hours** 227

**Total Training Hours** 4540

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Other) | BEAUMONT I.S.D. POLICE DEPT. | Peace Officer License | 1/8/2013 | | 1 years, 4 months |
| Reserve Officer | JEFFERSON CO. SHERIFF'S OFFICE | Peace Officer License | 6/25/1992 | 3/19/2003 | 10 years, 9 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Peace Officer | 1 years, 4 months |
| Reserve Officer | 10 years, 9 months |
| Total officer time | 12 years, 1 months |

*Print Date:* 5/20/2014

Page Number: 1

BISD000382

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Conditional Reserve | License | Granted | 10/22/1992 |
| | | End date in old system | 12/1/1992 |
| Peace Officer License | License | Granted | 12/1/1992 |
| Basic Peace Officer | Certificate | Certification Issued | 12/1/1992 |
| Intermediate Peace Officer | Certificate | Certification Issued | 8/3/1998 |
| Advanced Peace Officer | Certificate | Certification Issued | 10/3/1998 |
| Master Peace Officer | Certificate | Certification Issued | 1/17/2013 |

## Courses Completed

09/01/2011 - 08/31/2013

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3910 | Sexual Harassment Recognition | 8/21/2013 | 4 | BEAUMONT I.S.D. POLICE DEPT. (Training Rosters) | |
| 3214 | Family Violence Web w/ Exercises | 4/26/2012 | 8 | TCLEOSE POSEIT | Part 1 of 4 (POSEIT) Special Investigative Topics |
| 3244 | Sexual Assault Web with Exercises | 4/26/2012 | 8 | TCLEOSE POSEIT | Part 3 of 4 (POSEIT) Special Investigative Topics |
| 3255 | Asset Forfeiture | 4/26/2012 | 4 | TCLEOSE POSEIT | Asset Forfeiture (Intermediate) |
| 3841 | Crisis Intervention Training | 4/4/2012 | 16 | Lamar Institute of Technology Reg. Police Academy | Crisis Intervention Training<br>Crisis Intervention Training (AdvPOC) For IntPOC issued before 9/1/2005)<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3182 | 82nd Legislative Session Legal Update | 2/23/2012 | 4 | Lamar Institute of Technology Reg. Police Academy | 82nd Session State and Federal Law Update |
| | | Unit Hours | 44 | | |

Print Date: 5/20/2014

Page Number: 2

BISD000383

## Courses Completed

### 09/01/2001 - 08/31/2003

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3930 | Ethics - General In-Service Training | 2/21/2002 | 2 | Jefferson Co. Sheriff's Academy | |
| 3214 | Family Violence Web w/ Exercises | 12/26/2001 | 8 | TCLEOSE/UT DISTANCE EDUCATION | Part 1 of 4 (POSEIT) Special Investigative Topics |
| 3400 | Traffic | 9/20/2001 | 2 | Jefferson Co. Sheriff's Academy | |
| | | Unit Hours | 12 | | |

### 09/01/1999 - 08/31/2001

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 8/2/2001 | 24 | Jefferson Co. Sheriff's Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 394 | Cultural Diversity Web with Exercises | 6/22/2001 | 8 | TCLEOSE/UT DISTANCE EDUCATION | Cultural Diversity (Intermediate) |
| 3300 | Patrol/Tactical | 6/21/2001 | 2 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 2/15/2001 | 2 | Jefferson Co. Sheriff's Academy | |
| 3200 | Investigations | 9/21/2000 | 2 | Jefferson Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 8/17/2000 | 4 | Jefferson Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3300 | Patrol/Tactical | 5/18/2000 | 2 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 4/20/2000 | 3 | Jefferson Co. Sheriff's Academy | |
| 3100 | LAW | 3/16/2000 | 2 | Jefferson Co. Sheriff's Academy | |
| 3700 | Management/Supervision | 2/18/2000 | 16 | Jefferson Co. Sheriff's Academy | |
| 3200 | Investigations | 1/20/2000 | 3 | Jefferson Co. Sheriff's Academy | |
| 3200 | Investigations | 9/16/1999 | 2 | Jefferson Co. Sheriff's Academy | |
| | | Unit Hours | 70 | | |

### 09/01/1997 - 08/31/1999

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 6/17/1999 | 2 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 5/20/1999 | 2 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 4/15/1999 | 2 | Jefferson Co. Sheriff's Academy | |

Print Date:  5/20/2014

BISD000384

## Courses Completed

### 09/01/1997 - 08/31/1999

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 2/18/1999 | 3 | Jefferson Co. Sheriff's Academy | |
| 3930 | Ethics - General In-Service Training | 1/20/1999 | 8 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 12/17/1998 | 4 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 6/17/1998 | 6 | Jefferson Co. Sheriff's Academy | |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 6/5/1998 | 16 | Jefferson Co. Sheriff's Academy | Arrest, Search, and Seizure (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 5/14/1998 | 24 | Jefferson Co. Sheriff's Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 2106 | Crime Scene Investigation (Intermediate) | 4/16/1998 | 24 | Jefferson Co. Sheriff's Academy | Crime Scene Investigation (Intermediate) |
| 3200 | Investigations | 4/16/1998 | 4 | Jefferson Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 3/18/1998 | 8 | Jefferson Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 2/19/1998 | 8 | Jefferson Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3801 | TCIC/NCIC for Peace Officers | 9/17/1997 | 4 | Jefferson Co. Sheriff's Academy | |
| | | **Unit Hours** | **115** | | |

### 09/01/1995 - 08/31/1997

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3232 | Special Investigative Topics | 4/17/1997 | 8 | Jefferson Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 3/20/1997 | 8 | Jefferson Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3300 | Patrol/Tactical | 2/20/1997 | 2 | Jefferson Co. Sheriff's Academy | |
| 3200 | Investigations | 11/21/1996 | 4 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 5/16/1996 | 2 | Jefferson Co. Sheriff's Academy | |
| 3903 | Family Violence_1 | 12/21/1995 | 8 | Jefferson Co. Sheriff's Academy | |
| 3904 | Cultural Awareness | 12/21/1995 | 4 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 12/21/1995 | 6 | Jefferson Co. Sheriff's Academy | |
| 3601 | Recognition of Child Abuse or Neglect | 12/21/1995 | 4 | Jefferson Co. Sheriff's Academy | |

## Courses Completed

### 09/01/1995 - 08/31/1997

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3100 | LAW | 12/21/1995 | 4 | Jefferson Co. Sheriff's Academy | |
| | | Unit Hours | 50 | | |

### 09/01/1993 - 08/31/1995

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/18/1994 | 8 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 8/16/1994 | 4 | Jefferson Co. Sheriff's Academy | |
| 3100 | LAW | 8/11/1994 | 8 | Jefferson Co. Sheriff's Academy | |
| 3100 | LAW | 8/10/1994 | 2 | Jefferson Co. Sheriff's Academy | |
| 3200 | Investigations | 8/10/1994 | 2 | Jefferson Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 8/9/1994 | 2 | Jefferson Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 8/9/1994 | 2 | Jefferson Co. Sheriff's Academy | |
| | | Unit Hours | 28 | | |

### 09/01/1991 - 08/31/1993

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1004 | Advanced Reserve Officer | 12/22/1992 | 124 | Jefferson Co. Sheriff's Academy | |
| 1003 | Intermediate Reserve Officer | 10/1/1992 | 132 | Jefferson Co. Sheriff's Academy | |
| 1002 | Basic Reserve Officer | 6/24/1992 | 150 | Jefferson Co. Sheriff's Academy | |
| | | Unit Hours | 406 | | |

## Courses Completed

**01/01/1900 - 08/31/1987**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2107 | Use of Force (Intermediate) | 1/1/1900 | 12 | Jefferson Co. Sheriff's Academy | Use of Force (Intermediate) |
|  |  | **Unit Hours** | 12 |  |  |
|  |  | **Total Hours** | 737 |  |  |

### Total Hours

| | |
|---|---|
| TotalTraining Hours From Education | 4540 |
| Total Training Hours | 737 |
| Total Hours | 5277 |