## IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS, ET AL | § § § | |
| vs. | § | C.A. NO. 1:14-CV-314(RC) |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL | § § § | |

### ORDER

Having considered Defendant Beaumont Independent School District's Motion for Summary Judgment seeking dismissal of Plaintiffs' claims, any response filed by the Plaintiffs, and any oral argument, the Court finds that Defendant's Motion has merit and should be GRANTED.

It is therefore ORDERED that summary judgment is GRANTED and each and any of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

648978