**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:14-CV-00314** |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

**ORDER GRANTING DEFENDANT STEPHEN RIVERS'**
**MOTION TO DISMISS UNDER FED. R. CIV. P. 12(C)**

Be it remembered that on this day came on to be considered Defendant Stephen Rivers'

Motion to Dismiss Under Fed. R. Civ. P. 12(c), and in the Alternative, Motion for Summary

Judgment. After consideration of the pleadings of the parties filed in this case, this Court is of

the opinion that Defendant Stephen Rivers' Motion to Dismiss Under Fed. R. Civ. P. 12(c)

should be GRANTED.

It is therefore ORDERED that Defendant Stephen Rivers' Motion to Dismiss Under Fed.

R. Civ. P. 12(c) be, and it hereby is, GRANTED.