UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS AND** | § | |
| **SUBRINNA LYNN COLEMAN,** | § | |
| **Individually and as Next Friend of** | § | |
| **SDW, a Minor,** | § | |
| **Plaintiffs** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14-CV-00314 |
| | § | |
| **BEAUMONT INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL,** | § | |
| **Defendants** | § | |

## NOTICE OF DEFENDANT STEPHEN RIVERS' FIRST SUPPLEMENTAL DISCLOSURES

Defendant Stephen Rivers files this Notice with the Court that he has served all parties of record with his First Supplemental Disclosures pursuant to the U.S. Eastern District of Texas Local Rule CV-26 and Federal Rules of Civil Procedure 26(a)(1) on the 29th day of January, 2015.

Respectfully submitted,

WALSH, ANDERSON, GALLEGOS
GREEN & TREVIÑO, P.C.
10375 Richmond Avenue, Suite 750
Houston, Texas 77042
Telephone: (713) 789-6864
Facsimile: (713) 789-9318

BY:/s/ Kelley L. Kalchthaler
    JAMES E. BYROM
    State Bar No. 03568100
    E-mail: jbyrom@wabsa.com

1

KELLEY L. KALCHTHALER
State Bar No. 24074509
Email: kkalchthaler@wabsa.com

ATTORNEYS FOR DEFENDANT
STEPHEN RIVERS

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2015, a true and correct copy of the foregoing was served upon counsel of record as follows:

B. Adam Terrell                                              *Via Electronic Case Filing*
Texas Bar No. 19790900
Weller, Green, Toups & Terrell, LLP
Post Office Box 350
Beaumont, TX 77704-0350
Phone: (409) 838-0101
Fax:   (409) 832-2940

Kevin Symons Laine                                           *Via Electronic Case Filing*
Texas Bar No. 00798313
Attorney at Law
1104 Orleans Street
Beaumont, TX 77701-3611
Phone: (409) 838-4040
Fax:   (409) 832-7830
**Attorneys for Plaintiffs**

Frances R. Broussard                                         *Via Electronic Case Filing*
Texas Bar No. 24055218
Christopher B. Gilbert
Texas Bar No. 00787535
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027-7554
Phone: (713) 554-6788
Fax:   (713) 583-4335
**Attorneys for Defendant Beaumont ISD**

/s/ *Kelley L. Kalchthaler*
Kelley L. Kalchthaler

2