## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this instrument has been served upon all counsel of record in this cause and all other parties entitled to same via CM/ECF efile system on this 6th day of February, 2015.

                                          */s/   B. Adam Terrell*
                                          **B. Adam Terrell**