


# Carrie Cody

| | |
|---|---|
| From: | Chris Gilbert <cgilbert@thompsonhorton.com> |
| Sent: | Wednesday, January 28, 2015 3:20 PM |
| To: | Carrie Cody |
| Cc: | B. Terrell; Frances Broussard; Jim Byrom |
| Subject: | RE: Willis v. BISD - depositions |
| Attachments: | Clydell Duncan Inverview.pdf; YouTube video of Incident.wmv |

Carrie:

I apologize if it appears that we have deliberately not produced certain things in this case; I can assure you that it was not intentional. I thought that we had produced the video as part of our initial disclosures; attached is a copy of that video. It is the video that was on the Internet, which someone at the District pulled off YouTube. There are no additional videos of which we are aware. With regards to the cell phones, I don't believe that any cell phones that might have been collected were maintained by the District regarding this incident, although we will follow up on that.

With regards to the information that our expert relied on, we have produced that information to you as disclosures. The "Purported interview of Clydell Duncan" was a newspaper article that you actually produced to us, and which I am attaching for reference sake.

Chris

---

Christopher B. Gilbert
Partner
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
(713) 554-6744
(713) 583-7698 (fax)
cgilbert@thompsonhorton.com

---

Get a copy of my new book, "The Oldest Rule: A Primer on Student First Amendment Issues for Attorneys and School Officials," by clicking here.

Follow my blog: www.theoldestrule.com



CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful. Please delete this message and any copy of it (in any form) without disclosing it. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission. Thank you for your cooperation.

**From:** Carrie Cody [mailto:ccody@wgttlaw.com]
**Sent:** Wednesday, January 28, 2015 11:40 AM



1

**To:** Chris Gilbert
**Cc:** B. Terrell
**Subject:** RE: Willis v. BISD - depositions

Chris,

In looking at the Order Governing Proceedings filed back in September 2014, you were supposed to produce "A copy of all documents, electronically stored information, witness statements, and tangible things in the possession, custody, or control of the disclosing party that are relevant to the claim or defense of any party."

I understand all of the cell phones were collected from the scene by the officers. I also understand the chief reviewed the video of the incident as did your expert. You have not produced the video. I need it.

Also, I'm assuming that you produced all the information your expert relied on including items: "14. Purported interview of Clydell Duncan; 18. Offense report and statements; 19. Internal investigation Report" noted on your expert's report. I know some information may have been produced in initial disclosures, but not sure what as it relates to the expert report. Please verify that all the info related to the actual incident/investigation for which your expert relied has been produced.

We need this for the depos and summary judgment.

May I suggest that you please review all of the information that you have pertaining to this case and comply with the Order Governing Proceedings.

Thanks

Carrie


**From:** Chris Gilbert [mailto:cgilbert@thompsonhorton.com]
**Sent:** Wednesday, January 28, 2015 10:32 AM
**To:** Carrie Cody
**Cc:** B. Terrell; Doris Bradford; Frances Broussard
**Subject:** RE: Willis v. BISD - depositions

Carrie:

Frani emailed y'all the personnel files of the two officers last Friday that we have received from the District. Moore's is admittedly pretty small, but she was a part time employee and they just don't keep much on those employees. Please let me know if you did not receive Friday's email, or if there are specific documents or types of documents that you believe are missing.

Chris

---

Christopher B. Gilbert
Partner
Thompson & Horton LLP

2

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027
(713) 554-6744
(713) 583-7698 (fax)
cgilbert@thompsonhorton.com

---

Get a copy of my new book, "The Oldest Rule: A Primer on Student First Amendment Issues for Attorneys and School Officials," by clicking here.

Follow my blog: www.theoldestrule.com



CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful. Please delete this message and any copy of it (in any form) without disclosing it. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission. Thank you for your cooperation.

---

**From:** Carrie Cody [mailto:ccody@wgttlaw.com]
**Sent:** Tuesday, January 27, 2015 10:35 AM
**To:** Chris Gilbert
**Cc:** B. Terrell; Doris Bradford
**Subject:** Willis v. BISD - depositions

Mr. Gilbert,

I'm assuming that you will be producing the complete personnel of both officers prior to their depositions. We have been requesting these documents since October 1, which should have been produced in accordance with mandatory disclosures.

Let me know.

Carrie Cody
Associate to B. Terrell