# Emergency Management Toolkit
## Role of Districts in Emergency Management

Many emergencies and hazards faced by schools and junior colleges are outside the bounds of normal educational activities. Emergencies can range anywhere from a broken water pipe to an active threat of violence. No matter what the emergency is, there should be plans in place to guide an appropriate response. The development of emergency plans should be a collaborative effort of school personnel, Safety and Security Committee members, administrators, local and/or regional law enforcement, fire, EMS, health services, and other emergency responders and agencies as appropriate. While some districts may have a full time district level position responsible for emergency management coordination, many districts, especially smaller ones, do not. Those that do not have a dedicated position to oversee emergency coordination often merge emergency management coordination with the duties of other positions such as those of an administrator, law enforcement officer, or facilities staff member.

Whether the district has a dedicated emergency management coordinator or it is an additional duty for a staff member, safety and security is one of the most important duties one can have in the district. However, a lack of experience or frequent changes to the individual who is responsible for safety and security can set the district back. It is vital that this person have experience in the area of emergency management and is aware of and involved with the district's safety and security plans and needs. It can take several years of exposure to different situations, trainings, and processes to become effective at coordinating emergency management functions for the district. The individual responsible for emergency management coordination should be trained in the National Incident Management System (NIMS) and also in the Incident Command System (ICS). Additionally, one of the most important tasks for the individual who oversees emergency coordination is to coordinate a district emergency drill and training program. Specifically, making sure all facilities conduct the appropriate drills, perform after action reviews of drills and exercises, and maintain documentation related to drills and exercises is a large part of this individual's responsibility.

Ultimately, districts must be prepared for help to arrive slowly or not at all. In order to be adequately prepared, districts must be self-reliant until help arrives and prepared to continue to participate in the emergency process after help arrives. Self-reliance can be achieved through the development of a comprehensive emergency management program that addresses mandates deriving from Chapter 37 of the Texas Education Code. It is important to remember that education and safety work hand in hand; you can't have one without the other. Whether it is a full time position or part of "other duties as assigned", there is no more important role in a school district than to promote for a safe and secure learning environment.

SECTION 3.A

## Chapter 37

SECTION 3.B

## Development of a Multi-Hazard Emergency Operations Plan (EOP)

SECTION 3.C

## Training, Drilling, and Exercising


EXHIBIT H