

## TEXAS EDUCATION AGENCY

1701 North Congress Ave. • Austin, Texas 78701-1494 • 512 463-9734 • 512 463-9838 FAX • www.tea.state.tx.us

Michael L. Williams
Commissioner

123-910

**Via Certified Mail
& Regular Mail
and Email**

April 14, 2014

Gwen Ambres, Board President
Dr. Timothy B. Chargois, Superintendent
Beaumont Independent School District
3395 Harrison Avenue
Beaumont, Texas 77706-5009

Dear Ms. Ambres and Dr. Chargois:

The purpose of this letter is to provide the Beaumont Independent School District (Beaumont ISD or district) (123-910) with official notification regarding my determination to lower Beaumont ISD's 2013-14 accreditation status under the authority of Texas Education Code (TEC) §39.052(d) and §39.057(d) and 19 Texas Administrative Code (TAC) §§97.1055, 97.1057 and 97.1059. Specifically, Beaumont ISD's 2013-2014 accreditation status will be lowered to **Accredited-Probation**.

This letter also provides notice of my appointment of a conservator, effective immediately, and my appointment of a board of managers and a new superintendent, effective June 15, 2014, to exercise the powers and duties of the district's board of trustees. TEC §§39.052(d), 39.057(d), 39.102(a)(9), 39.112; 19 TAC §§97.1057, 97.1059, 97.1073.

### Background

A final report was issued by the Texas Education Agency's (TEA) Division of Program Monitoring and Interventions (PMI) to Beaumont ISD on February 10, 2014 (PMI Final Report, attached to this correspondence). The PMI Final Report substantiated numerous complaints concerning the provision of special education services to students with disabilities and, as a result of those findings, I appointed a monitor to the district. The appointment of a monitor does not preclude me from taking additional actions to the extent I determine necessary to achieve the purposes of the accreditation sanctions. 19 TAC §97.1057(d).

A second report was issued by TEA's Division of Financial Compliance to Beaumont ISD on April 1, 2014 (Financial Compliance Report, attached to this correspondence). The findings in the Financial Compliance Report reflect a severe breakdown in management of the district's finances by both the board of trustees and the superintendent. Specifically, the Financial Compliance Report found that the board of trustees failed to monitor the district's finances by ensuring that the



EXHIBIT
F

Gwen Ambres, Board President
Dr. Timothy B. Chargois, Superintendent
Beaumont Independent School District
Page 2

superintendent, or his designee, implemented internal controls and procedures to protect the district's resources from fraud, waste, and abuse, in violation of TEC §11.1511(b)(9). The Financial Compliance Report also found that the superintendent failed to manage the day-to-day operations of the district by not implementing internal controls and procedures to protect the district's resources from fraud, waste, and abuse, in violation of TEC §11.201(d)(5). Numerous other findings in these reports indicate that there are pervasive weaknesses in the district's management, affecting its services to special student populations, its financial management and its compliance with legal requirements.

**Accreditation Status**

The 2013-2014 accreditation status for Beaumont ISD was pended due to the ongoing special accreditation investigations. Pursuant to TEC §§39.052(d), 39.057(d), 19 TAC §§97.1055(a)(7), and 97.1055(c) a school district's accreditation status may be raised or lowered based on the district's performance, including the effectiveness of the district's programs for special populations, or the results of a special accreditation investigation.

I have evaluated and considered the effectiveness of the district's programs for special populations identified in the PMI Final Report. TEC §39.052(b)(2)(B), 19 TAC §§97.1057(b), and 97.1059(b)(1)(D). I have also evaluated and considered the district's deficiencies in financial management and legal compliance identified in the Financial Compliance Report. These findings compel me to lower the district's 2013-2014 accreditation status to **Accredited-Probation,** because the district and the district's programs exhibit serious or persistent deficiencies that may lead to the revocation of the district's accreditation if not addressed. 19 TAC §1055(c)(2)(B)**.**

This sanction is necessary to address the district's ineffective programs for special populations. TEC §39.052(b)(2)(B), 19 TAC §§97.1057(b) and 97.1059(b)(1)(D). This sanction is also necessary to address the district's deficiencies in the areas of financial management and legal compliance as identified in the Financial Compliance Report. TEC §39.057(d), 19 TAC §1055(c)(2)(B). The sanction is necessary to address the district's inefficient or ineffectual use of its funds or property, and is in the best interests of the district's current and future students. 19 TAC §97.1057(e)(1).

The findings in both reports identified above are individually and collectively serious. The reports identify numerous and extensive deficiencies, many of which have persisted for a long period of time. 19 TAC §97.1059(b)(1). The ongoing deficiencies demonstrate the district's failures to address previously identified deficiencies and establish a pattern of recurring deficiencies. 19 TAC §97.1059(b)(2). Overall, the deficiencies cited in both reports demonstrate a substantial and imminent threat to the welfare of its special student populations and to the public interest. 19 TAC §97.1059(b)(4).

**Board of Managers and New Superintendent**

Given the critical nature of the findings, I am also appointing a board of managers to the district to exercise the powers and duties of the district's board of trustees under the authority of TEC §§39.057(d), 39.102(a)(9), and 19 TAC §§97.1057-1059, and pursuant to the requirements of 19 TAC §97.1073(e), effective June 15, 2014.

Gwen Ambres, Board President
Dr. Timothy B. Chargois, Superintendent
Beaumont Independent School District
Page 3

This intervention is authorized because the district has a current accreditation status of accredited-probation (pending the results of any requested record review of this determination). TEC §39.102(a)(9).

As stated above, I have reviewed the two attached reports and determined that the findings in these reports compel me to lower the district's accreditation status. For the same reasons cited above, these findings also compel me to appoint a board of managers to exercise the powers and duties of the Board of Trustees. This is a critical time for the district and its students, as well as for the community as a whole. The magnitude of the findings, the serious nature of the ongoing and systemic operating deficiencies facing the district, and the importance of preventing further harm to the welfare of the Beaumont ISD's students and to the public interest compel me to appoint a board of managers at this time.

A majority of the board of managers will consist of members of the Beaumont community who are committed to service on behalf of the students of the district and the community. The members of the board of managers will be responsible for overseeing the management of the Beaumont ISD, including oversight of the district's efforts to address and correct identified deficiencies, and to implement effective structural and procedural improvement strategies for long-term positive change. Section 39.112(b) of the Education Code also requires that I appoint a superintendent. I will announce my appointments in upcoming correspondence.

**Conservator Appointment**

On February 14, 2014, Beaumont ISD was notified of the appointment of a monitor, Fred Shafer, based on the findings in the PMI Final Report on Beaumont ISD's special education program. In this interim period before the installation of the board of managers, I am immediately escalating Fred Shafer's role from monitor to that of conservator to oversee the operations of the district and to ensure the district is taking appropriate measures at this critical juncture. TEC §39.102(a)(7), 19 TAC §§97.1073(c) and 97.1059(b).

**Public Notification: Accreditation Status**

Districts that are assigned a status of **Accredited-Probation** must take specific actions to notify the parents of students enrolled in the district and property owners in the district. The requirements for public notification are specified in 19 TAC §97.1055(f), and a template that reflects the TEA-required format and language for the public notice is posted at http://www.tea.state.tx.us/accredstatus. The Beaumont ISD must complete the notification requirement **no later than April 30, 2014.** The Beaumont ISD also must send the TEA by certified mail, return receipt requested, documentation showing compliance with the notification requirement.

Division of Accreditation
Texas Education Agency
1701 North Congress Avenue
Austin, Texas 78701
Fax: (512) 936-6474

Gwen Ambres, Board President
Dr. Timothy B. Chargois, Superintendent
Beaumont Independent School District
Page 4

Districts with an accreditation status below Accredited may be subject to additional accreditation sanctions as referenced in 10 TAC Chapter 97, <u>Planning and Accountability</u>, Subchapter EE. Questions related to the public notification requirements may be addressed to <u>accred@tea.state.tx.us</u> or (512) 463-5899.

**Review Process**

Beaumont ISD may request an informal review under 19 TAC §97.1033 of the conservator assignment. BISD may also request a record review under 19 TAC §97.1037 of the appointment of a board of managers and the lowered accreditation status. In the interest of efficiency, the TEA will conduct an informal review and the record reviews in a single proceeding. A request for an informal review and/or a record review must be in writing and received by TEA no later than **April 24, 2014**, and may be addressed as follows:

> Division of Enforcement Coordination
> Texas Education Agency
> 1701 North Congress Avenue
> Austin, Texas 78701
> Fax: (512) 475-3665
> <u>EnforcementCoordination@tea.state.tx.us</u>

**Compliance and Cooperation**

While the conservator and the board of managers, once installed, will keep me apprised of the conditions in the district and the agency will continue to monitor the district's performance and its cooperation with the agency's interventions, I have appointed a board of managers comprised of a majority of members of the Beaumont community because I believe the community is in the best position to effectuate long-term, positive change for the district. It is my sincere desire that all parties work together in a cooperative and productive manner to address these issues within the district.

Any questions regarding this correspondence may be addressed to the Division of Enforcement Coordination at (512) 463-3544 or <u>EnforcementCoordination@tea.state.tx.us</u>.

Sincerely,

Michael Williams
Commissioner of Education

MW/gr

Enclosures

cc: Danny Lovett, Executive Director, Region 5, Education Service Center
    Lizzette Gonzalez Reynolds, Chief Deputy Commissioner, TEA

Gwen Ambres, Board President
Dr. Timothy B. Chargois, Superintendent
Beaumont Independent School District
Page 5

Michael Berry, Deputy Commissioner, Policy and Programs, TEA
Sally Partridge, Associate Commissioner, Accreditation and School Improvement, TEA
Lisa Dawn-Fisher, Associate Commissioner, School Finance, TEA
Criss Cloudt, Associate Commissioner, Assessment and Accountability, TEA
Alice McAfee, Associate Commissioner, Complaints, Investigations, and Enforcement, TEA
David Anderson, General Counsel, TEA
Ron Rowell, Director, Governance, TEA
Leah Martin, Director, Accreditation, TEA
Michael Greenwalt, Director, Program Monitoring and Interventions, TEA
Fred Shafer, Conservator