

G-1

LOOKING FOR SOMETHING?

# THE ★★★ TROOP WATCHER STATESMAN

"GOVERNMENTS THAT BLOCK THE ASPIRATIONS OF THEIR PEOPLE, THAT STEAL OR ARE CORRUPT, THAT OPPRESS AND TORTURE OR THAT DENY FREEDOM OF EXPRESSION AND HUMAN RIGHTS SHOULD BEAR IN MIND THAT THEY WILL FIND IT INCREASINGLY HARD TO ESCAPE THE JUDGMENT OF THEIR OWN PEOPLE, OR WHERE WARRANTED, THE REACH OF INTERNATIONAL LAW " WILLIAM HAGUE

HOME TROOP WATCHER LIFESTYLE TOP PICKS ONLINE PRIVACY TOOL WATCHER 2014 RECENT POLICE ENCOUNTERS

PROSECUTORIAL MISCONDUCT POTEMKIN VILLAGE BECOME BE THE TEAM WRONGFUL CONVICTION CLASS POLICE MISCONDUCT

## POPULAR POSTS

VIDEO LEAKED OF MAN RAPED IN PRISON BY POLICE OFFICERS! - TIBILISI

WARNING: Extremely Graphic and Explicit Content You are about to enter a website that contains photos and videos ...

HYPNOTIST SEXUALLY ASSAULTS WOMAN

CONCORD, N.H.– I'm going to a hypnotherapist to hash out your inner demons, and while your under --

PAM BONDI AND RICK SCOTT CONCEALS RAPE

4 WHITED SEPULCHER BEAUCRATS ARE "FLORIDA'S FIFTH COLUMN" | COMPLICT OF THE VILE RAPE OF AN URBANITE TAMPA, FL — A Attorney Gen...

PRIEST CAUGHT IN SEX ABUSE SCANDAL

Vatican will defend record for first time at UN, as they are forced to defend in public against allegations of sexual misconduct (rape) of...

SHOCKING VIDEO OF MAN THROAT CLEAVED OPEN!

shocking and violent video surfaced on the internet, armed faction of Syrian opposition filmed themselves executing three ...

## MAINSTREAM CORRUPTION ACROSS THE NATION

**Richard Evans** – Gwent police officer charged with three counts of sexual assault and misconduct in public office. Wales – March 2014
**San Francisco**– Five police offic
and theft charges.

LANGUAGE TRANSLATOR

Select Language

Powered by Google Translate

TUESDAY
*21 JANUARY 2014*

## BEAUMONT POLICE OFFICER SUED FOR EXCESSIVE

EXHIBIT 6
tabbies

### SANDRA VLAZ-ST. ANDRE FOUND GUILTY
VIDEO: ROMULUS POLICE ARRESTED IN CORRUPTION CASE  Iaz-Andre, the wife of a corrupt former Romulus Police Chief...



### Police Brutality Arizona January 30th 2014
VIDEO: MESA UNDERCOVER POLICE ASSAULTS CONTROLLED MAN EXCESSIVE FORCE IN PHOENIX ARIZONA n amateur v...



### TAMPA : 2014 POLICE BRUTALITY LEAK!
Credit: Zook Enigma / YouTube Police Brutality Written by: Quianna Canada ...



### OKLAHOMA POLICE SUED IN EXCESSIVE FORCE CASE
ANOTHER EXCESSIVE FORCE LAWSUIT federal civil rights lawsuit was filed Tuesday against an Oklahoma Highway Patrol trooper and two Mia...



### A HALO OVER PETER SHUMLIN : LAST MAN STANDING IN HONOR
ur team at Troop Watcher made arrangements to honor all United States governors whose hands were clean of corruption throughout their...

## SEXUAL ASSAULT IN THE NEWS

3/2014:Ex-prosecutor in Army general sex case wanted most charges dropped
Sexual Violence & Police Officers
San Deigo Police Officer Chris Hays Facing Sexual Assault Charges
SORRENTO police chief facing sexual assault charges
Turkey removes 800 more police officers from corruption investigation
City of Tulsa settles lawsuit in police corruption scandal for $425,000

## WHAT YOU SHOULD KNOW ABOUT POLICE

THINGS YOU CAN DEMAND FROM THE POLICE
Most Helpful Tools While Dealing With Police

## POLICE OFFICER SEX OFFENDERS

EARL THERIOT
JACKIE ONEAL
JENNIFER WIESMAN
MARK RIDLEY
OSCAR ARAIZA
RAJAT SHARDA
WILLIE GREER



The mother of a local middle school student has filed a lawsuit on an officer with district's police force because his behavior was unduly aggressive. Handcuffed Christine Jones filed a lawsuit Jan. 9 in Jefferson County District Court against Tamara Spikes and the Beaumont Independent School District Police Department, citing the use of excessive force and improper conduct by a police officer.

According to the complaint, Jones was waiting to pick up her daughter from Vincent Middle School when she was reproached by Spikes for turning into the wrong driveway and asked to move. Jones claims she was unable to move her vehicle as there was a car in front of her. According to the lawsuit, Spikes became increasingly angry, and when a space opened up, Jones began to move her car as instructed.

Jones claims Spikes shifted in front of the car, at which point Jones stopped the car without hitting the defendant. According to the complaint, Spikes then claimed to have been hit and drew her gun, forcing Jones out of the car and onto the ground. According to the lawsuit, Jones was arrested, but the criminal charges, including felony aggravated assault against a public servant, were dismissed. Jones is seeking more than $200,000 in damages. She is being represented in the case by attorneys Kenneth W. Lewis and Stephen L. Townsend of Bush Lewis PLLC.



Michael Lynch
Content Manager

POSTED BY ALEKSANDR DVORZHETSKII AT TUESDAY, JANUARY 21, 2014
LABELS: BEAUMONT POLICE, CHRISTINE JONES, EXCESSIVE FORCE AT SCHOOL, EXCESSIVE FORCE BY LEO, OFFICER DAVID TODD BURKE, POLICE OFFICER SUED, TAMARA SPIKES
LOCATION: BEAUMONT, TX, USA

8+1  Recommend this on Google

0 COMMENTS:

POST A COMMENT



Weather  Traffic  e-Edition  Register  Sign In
Tuesday, February 03, 2015
44 °F  Beaumont, TX
Clear

Search  ● beaumont enterprise  ○ Businesses

🏠 News  Entertain  cat5  Sports  Biz  Obits  Opinion  Photo  Video  Blogs  eEdition  Cars  Jobs  Homes  Index ▼  SAVE
Crime  Weather  Communities  Louisiana  Texas  Nation  World  Archives

# Beaumont ISD officer "in and out" of jail for aggravated sexual assault charge

By Heather Nolan
Published 8:31 pm, Wednesday, August 3, 2011



Michael Carl Trahan DOB 7-27-61 Photo: Jefferson County Sheriff



| 0 | 0 | 0 | 0 |
| Tweet | Share | g+1 | |

A Larger | Smaller    ✉ Email This
🖨 Printable Version    ▼ Font

**Related Stories**

Beaumont ISD officer indicted on aggravated sexual assault charge

Indicted Beaumont ISD officer booked into jail, out on bond

**SPONSORED STORY**



Beaumont ISD police officer Michael Carl Trahan, who last week was indicted by a Jefferson County grand jury on an aggravated sexual assault charge, was booked into and released from jail on Tuesday after being arrested on a warrant.

A Jefferson County Correctional Facility employee said he was "in and out" after making the $75,000 bond.

His was not the usual route to jail, with the accused generally taken to jail then bonding out before the case reaches the county's grand jury for consideration. In the 50-year-old Trahan's case, he was not arrested before being indicted because his case was sent directly to the grand jury.




**Top Stories**

Police: Lance Armstrong hit parked cars, blamed girlfriend
Trial begins in Orange County Jail death
Gender pay gap greater in SE Texas
Woman, daughter hurt in Rainbow Bridge crash
Is this Newsweek cover sexist?
Texas' illegal flag fashion
The 19 richest oil and gas counties in Texas
People confirms Jenner 'transitioning into a woman'
When Texans go berserk
Johnny Manziel checks into rehab

**Hot Topics**

**Lindsay Lohan sues Fox News, Sean Hannity**



NEW YORK (AP) — Actress Lindsay Lohan and her mother have filed a...
more »

**The funniest Super Bowl XLIX memes**



Fans can be so brutal sometimes. more »

**McDonald's unveils the McBurrito**



By Rebecca Salinas, San Antonio Express-News
McDonald's Mexico completely dissed tamales on its Facebook page, which...
more »

**You Might Also Like**



Video Shows Vanderbilt Football Player Carrying Victim
ABC 20/20



G-2



Doctors Say to Spray Away this Flu Season
Sponsored by: Children's Health

**ENTERTAINMENT**



Suge Knight taken to hospital after court appearance

**TEXAS**



Police: Lance Armstrong hit parked cars, blamed girlfriend

**SPORTS**



Two step up to lead West Brook Bruins boys basketball

**NATION**



Suge Knight taken to hospital after court appearance

Jefferson County District Attorney Tom Maness said the arrest warrant is common when cases go directly to the grand jury.

In some situations, Maness said, a victim might have made a formal complaint a while after the reported incident occurred. The complaint starts the investigation, and if officers think it's necessary, they can get a justice of the peace warrant to immediately arrest the accused.

Read the complete story in Thursday's Beaumont Enterprise.


This Crocodile Stood No Chance Against This Hungry Python. Watch As He Eats Him In One Bite!


What 22 Female Celebs Really Weigh
Topix


Copper Thieves Beware: Planted Plant DNA Will Bring the Coppers
DGI Wire


Florida Cops Under Investigation For Excessive Force On 11-Year-Old Girl
Hello Beautiful

**PHOTO GALLERIES**

  

Chandler Parsons through the years | Astros' FanFest (Jan. 24, 2015) | End-of-season Texans Q&A

**Latest local news**

Report: Owner 'didn't consider' cutting power before Hardin Co. deaths
Early morning crash on I-10 injures one
Power outage puts downtown customers in the dark
Beaumont's Johnny Winter up for a Grammy Award
Photos: Revisiting 'The Day the Music Died'





Printable Version | Email This | Share 0 | Tweet 0 | 8+1 0 | 0



JAPANESE SUSHI BAR - N - LOUNGE
3350 Dowlen Rd., Beaumont, TX 77706
Phone: (409) 299-8759

Subscribe to the Enterprise
Customer Care Center
Advertise with us
Our partner sites

Weather  Traffic  e-Edition  Register  Sign In
Tuesday, February 03, 2015
44°F Beaumont, TX Clear

Search    ● beaumont enterprise  ○ Businesses

News  Entertain  cat5  Sports  Biz  Obits  Opinion  Photo  Video  Blogs  eEdition  Cars  Jobs  Homes  Index ▼  SAVE
Crime  Weather  Communities  Louisiana  Texas  Nation  World  Archives

## BISD chief disputes officer's claim that he altered reports

By Amy Moore
Updated 4:00 am, Thursday, May 22, 2014

1 of 5    ◄ PREV  NEXT ►



Beaumont ISD Police Chief Cydell Duncan talks with the media at the Jefferson County Courthouse on Wednesday afternoon. The misdemeanor trial of Jessie Haynes continued on Wednesday at the Jefferson County Courthouse. Haynes is accused of blocking a public passageway. Photo taken Wednesday 5/21/14 Jake Daniels/@JakeD_in_SETX Photo: Jake Daniels

    


1  0  0  0
Tweet  Share  g+1


Larger | Smaller    Email This
Printable Version    ▼ Font

ENTERTAINMENT

Beaumont ISD Police Chief Clydell Duncan is defending the school district after testimony made this week in a suspended BISD employee's trial cast his department in a negative light.

Duncan disputes most of the statements made by Officer Juan San Miguel during Jessie Haynes' trial and worries the comments could change the public's perception of the school district's police department, which Duncan says has a good reputation in the community.

The department, though, has been involved in questionable situations in recent years and


Get The Enterprise delivered
subscribe

SAVE YOUR COUPONS! REWARD
We are offering a reward for any information that results in stopping individuals or companies that obtain quantities of coupons through unauthorized or illegal methods. Please email information to: stopfraud@beaumontenterprise.com
Your identity will be kept confidential.
ENTERPRISE
BeaumontEnterprise.com  The Biggest Name In Southeast Texas News!

**Top Stories**
Police: Lance Armstrong hit parked cars, blamed girlfriend
Trial begins in Orange County Jail death
Gender pay gap greater in SE Texas
Woman, daughter hurt in Rainbow Bridge crash
Is this Newsweek cover sexist?
Texas' illegal flag fashion
The 19 richest oil and gas counties in Texas
People confirms Jenner 'transitioning into a woman'
When Texans go berserk
Johnny Manziel checks into rehab

**Hot Topics**

Lindsay Lohan sues Fox News, Sean Hannity

NEW YORK (AP) — Actress Lindsay Lohan and her mother have filed a... more »

The funniest Super Bowl XLIX memes

Fans can be so brutal sometimes. more »

McDonald's unveils the McBurrito

By Rebecca Salinas, San Antonio Express-News
McDonald's Mexico completely dissed tamales on its Facebook page, which...
more »

**You Might Also Like**


Video Shows Vanderbilt Football Player Carrying Victim
ABC 20/20


G-3


Robin Williams' wife, children fight over his estate

**TEXAS**


Republicans challenge Obama on all fronts

**SPORTS**


Two step up to lead West Brook Bruins boys basketball

**NATION**


New York City mayor's speech focuses on affordable housing

currently has an officer on unpaid leave pending the outcome of a Texas Rangers investigation. Its officers also are involved in a lawsuit against the district concerning overtime pay.

Duncan said the state investigation and the lawsuit combined with San Miguel's statements on the stand make the department look "problematic."

"Never in my entire career have I been accused of being a corrupt chief," Duncan said Wednesday. "I never subscribed to that type of policing."

San Miguel testified on Tuesday that he filed a police report of the Aug. 1 incident that led to Haynes being charged with the class B misdemeanor of obstructing a public passageway.

San Miguel told a jury he saw Haynes prevent a school board trustee and a reporter from entering a public hallway, which is why he filed the case with the district attorney's office.

Haynes told San Miguel that Trustee Mike Neil grabbed her by the shoulders and pushed her, according to the officer's testimony. San Miguel said surveillance footage of the incident did not substantiate Haynes' claim.

Before he could complete his inquiry into the alleged assault, however, San Miguel testified Duncan ordered him to stop investigating, asked him to alter the police report and told him to write Haynes a letter of apology.

Duncan disputes the claims and said testimony by San Miguel, whom he called an "excellent officer," baffles him.

"In my opinion, Cpl. San Miguel is an exemplary officer. I am very perplexed and confused by the allegations he has made," Duncan said. "I regret that I did not have an opportunity to respond in open court."

Duncan said he did not ask San Miguel to write an apology to Haynes.

"There was no reason to apologize, he did his job," he said.

As for the claim that he told San Miguel to stop investigating, Duncan said the officer's job duties do not include investigations.

Duncan said officers are to write the incident reports and turn them over to Sgt. Danny Moore for investigation.

Duncan said he did ask San Miguel to change some details in his report, but only to more accurately reflect that the department was unbiased in its charges against Haynes.

Duncan said Wednesday that in San Miguel's initial report, the officer detailed the events of the incident based on a photograph reporter Jerry Jordan took during the altercation.

 Jesse Jackson Finally Makes A Statement About White Motorist Beating
Downtrend

 Heartbreaking: 6-Year-Old Found Hungry, Wandering in Pittsburgh Neighborhood - Latest
Latest.com

 Are You a Social Security Double-Dipper? Perhaps Not Much Longer
AARP

 Homeless Woman Allegedly Beats 4-Year-Old to Death Because He Was Gay
Latest.com

**PHOTO GALLERIES**

 End-of-season Texans Q&A     Early cat5 covers     Game photos: Super Bowl XLIX

**Latest local news**

Early morning crash on I-10 injures one
Power outage puts downtown customers in the dark
Beaumont's Johnny Winter up for a Grammy Award
Photos: Revisiting 'The Day the Music Died'
'Toon Time 2-3-15




Verizon - Get Yours Today FREE - New 2-yr Activation Req'd - Shop Now - Free Shipping or In-Store Pickup

Because Jordan is involved in the case, Duncan asked San Miguel to change his report to detail the events using the administration building's surveillance footage instead of the photo.

"I had a problem with that because I didn't want to give the impression we were in collusion," Duncan said. "I asked - I didn't demand - that he use the video instead of Jerry Jordan's photo – that's what I wanted him to do. The change involved two sentences in the entire report. It did not even impact the case. Jessie Haynes would have been charged irregardless of whether the line would have been changed or not changed."

The district's police force has been scrutinized in the past.

In September 2010, a Jefferson County Sheriff's Deputy pulled over an alleged drunken driver in Beaumont's West End around 2 a.m. The driver was BISD's then-transportation director, Clifton Guillory, whom a deputy at the scene said was "drunker than Cooter Brown," according to The Enterprise coverage at the time.

Instead of arresting Guillory for drinking and driving - in a district-owned vehicle - the deputies contacted Beaumont ISD police officers, who drove Guillory home.

Guillory was not charged and shortly afterward retired from BISD.

Duncan said his department cannot be held liable for that case because the district's officers never witnessed Guillory driving drunk.

More recently, in March, district police officer Steven Rivers was involved in an altercation at West Brook High School that resulted in a student's arm being broken.

Duncan said Rivers is still on unpaid leave while the Texas Rangers complete the investigation into the incident, which was caught on cellphone video.

Also, the entire district police force, San Miguel included, is part of a lawsuit against the district involving overtime.

Duncan said the officers' complaint is that they want their stipend pay included in their salary when overtime pay is calculated.

Duncan said that case has been filed but no other information was available.

ARMoore@BeaumontEnterprise.com

Twitter.com/amyrmoore



### You Might Also Like


Kill or be Killed," Meet One of the World's Most Violent Police...
Vocativ


Judge Takes Guy's Sneakers in Lieu of Bail
Newser


Your 401(k) Isn't Growing As Fast As it Should - Here's Why
Mint.com


Disruptor or Disrupted? Which Side of the IoT Will You be on?
Peak 10

**From Around the Web**

- Surprising Titanic Mystery Solved with DNA Testing (Ancestry)
- 11 Things You Should Never Do Again After 50 (AARP)
- Woman Waited 13 Minutes on Phone with 911, Died from Gunshot (Latest.com)

**We Recommend**

- Bill to end social promotion in schools clears NM panel
- Union issues strike notice to Valero Port Arthur refinery
- Earl Thomas fans gather for Super Bowl at Lamar State College-Orange
- Ousted BISD trustee expected to file for Beaumont City Council seat



## Man Crates for Real Men
Man-approved gifts in wood crates. Gadgets, gear and food he'll love.

# Former BISD transportation director is one of dozens of permanent subs causing concern for parents

Posted: Nov 25, 2013 11:23 PM CST
Updated: Dec 05, 2013 11:57 PM CST
By Angel San Juan   CONNECT

BEAUMONT - 12News has learned the former director of transportation for the Beaumont Independent School District is now teaching at Ozen High School.

Clifton Guillory retired in 2010 shortly after he was stopped by a Jefferson County sheriff's deputy on suspicion of drunk driving.

Guillory was in a BISD vehicle and admitted to having had drinks before driving, he also had an expired license.

A BISD police officer drove Guillory home. No charges were ever filed.

We have confirmed that Guillory is a permanent substitute teacher at Ozen, one of dozens in the school district. Guillory is also not certified to teach by the state.

Permanent subs have parents concerned. Parents and teachers are telling us there are too many subs staying too long in spots that should be held by certified teachers and they say that's hurting the kids.

Coni Little is one of those parents. She says she keeps close tabs on her son's progress in school.

He's an eighth grader at Marshall Middle School.

But Little says she was getting no cooperation from his English/Reading teacher. It turns out she was a permanent substitute, but Little says she wasn't notified until it was too late.

She says it took her inquiring for the school to send a letter advising her and other parents that a sub was teaching the class.

Little said her son ended up failing the first six weeks.

Marshall's principal sent a letter notifying parents on September 23, the first day of school was August 26. The Texas Education Agency requires notification in writing no later than the 30 instructional day from when the uncertified teacher was assigned.

But our sources within the district say there are dozens of permanent subs teaching and parents are unaware.

For example, Vivian Poullard, she is no longer with the district, but she had been teaching math for years at Central Medical Magnet School as an uncertified substitute.

G-4

She is also the sub TEA says helped a student cheat on a standardized exam.

We've learned her replacement, Renella Johnson, is a permanent sub as well. The spot for which she is substituting is for a teacher who has been out ill since last school year. However that teacher is still listed as the registered teacher for her classes. So sources say some Central parents don't know their kids are being taught math by a substitute.

Beaumont ISD is closed for Thanksgiving break this week.

We have tried to get administrators to talk to us on a number of concerns, including superintendent Dr. Timothy Chargois, but they will not answer our questions.

We have also not received responses to our public information requests. Because of this we have contacted the Texas Attorney General's Office on Monday. We will keep you posted on our progress.



Newsroom: (409) 838-1212
Front Desk: (409) 833-7512
News Fax: (409) 981-1564
News Email: 12News@kbmt12.com

Can't find what you're looking for?

Search

News
Top news
Headlines
International news
Entertainment headlines
Southeast Texas only

Weather
Interactive radar
Get the Desktop Application
Sign up for 12 News WeatherCall
Hurricane page

**Sports**
**General sports**
**High School Football**
**Lamar Sports**
**Athlete of the Week**
Band of the Week

All content © Copyright 2000 - 2015 WorldNow and KBMT. All Rights Reserved.
Users of this site agree to the Terms of Service. Privacy Notice/Your California Privacy Rights, and Ad Choices