IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DARON JEROME WILLIS, ET AL** | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. 1:14-CV-314(RC) |
| | § | |
| **BEAUMONT INDEPENDENT SCHOOL** | § | |
| **DISTRICT, ET AL** | § | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

After considering Plaintiffs' Motion For Leave To File Amended Complaint and the responses and argument of counsel, the Court

GRANTS the motion.

DENIES the motion.