UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS AND SUBRINNA LYNN COLEMAN, Individually and as Next Friend of SDW, a Minor, Plaintiffs | § § § § § § | |
| V. | § § | CIVIL ACTION NO. 1:14-CV-00314 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, ET AL, Defendants | § § § § | |

## ORDER GRANTING DEFENDANT STEPHEN RIVERS' MOTION TO STRIKE

Be it remembered that on this day came on to be considered Defendant Stephen Rivers' Objections to and Motion to Strike Plaintiffs' Proffered Evidence in Support of Plaintiffs' Response to Defendant Rivers' Motion for Summary Judgment. After consideration of the pleadings of the parties filed in this case, this Court is of the opinion that Defendant Stephen Rivers' Motion to Strike should be GRANTED.

It is therefore ORDERED that Defendant Stephen Rivers' Motion to Strike be, and it hereby is, GRANTED.