IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS *et al* | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:14-cv-00314 |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al* | § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Daron Jerome Willis, Subrina Lynn Coleman, and Sudarian Willis (who, as of the filing of this Stipulation, is no longer a minor), and hereby stipulate that they no longer wish to pursue any claims, demands or causes of action which were or might have been asserted against Stephen Rivers and/or the Beaumont Independent School District in the above-numbered cause of action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant pray that this matter be dismissed with prejudice, and that each party bear their own costs of court, fees, and expenses.

Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**

By: /s/ B. Adam Terrell[1]
B. ADAM TERRELL
Texas Bar No. 19790900
Post Office Box 350
Beaumont, TX 77704-0350
Phone: (409) 838-0101
Fax: (409) 832-2940

**ATTORNEY FOR PLAINTIFFS**

---

[1] Signed and filed by permission:  /s/ Christopher B. Gilbert

**STIPULATION OF DISMISSAL WITH PREJUDICE**                                                                                               **Page 1**

**AGREED AS TO FORM AND SUBSTANCE**

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
    Christopher B. Gilbert
    Attorney-in-Charge
    State Bar No. 00787535
    Frances R. Broussard
    State Bar No. 24055218
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Telephone: (713) 554-6744
    Facsimile: (713) 583-7698
    ***Attorneys for Defendant Beaumont Independent School District***

**WALSH, ANDERSON, GALLEGOS, GREEN & TREVIÑO, P.C.**

By: /s/ James E. Byrom[2]
    James E. Byrom
    State Bar No. 03568100
    Kelley K. Kalchthaler
    State Bar No. 24074509
    10375 Richmond Avenue, Suite 750
    Houston, Texas 77042
    Telephone: (713) 789-6864
    Facsimile: (713) 789-9318
    ***Attorneys for Defendant Stephen Rivers***

---

[2] Signed and filed by permission: /s/ Christopher B. Gilbert

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing has been served on all counsel of record through the Court's electronic filing system, on May 13, 2015.

> B. Adam Terrell
> Weller, Green, Toups & Terrell, LLP
> Post Office Box 350
> Beaumont, Texas  77704-0350

> James E. Byrom
> Kelley L. Kalchthaler
> Walsh, Anderson, Gallegos, Green & Trevino, P.C.
> 10375 Richmond Avenue, Suite 750
> Houston, Texas  77042
> *Attorneys for Defendant, Stephen Rivers*

>   /s/ Christopher B. Gilbert
> Christopher B. Gilbert