IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DARON JEROME WILLIS *et al* | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:14-cv-00314 |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al* | § | |
| Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the ___ day of _____, 2015, the Court considered Plaintiffs's Stipulation of Dismissal with Prejudice. The Court is of the opinion that said matter should be dismissed with prejudice. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Plaintiffs's claims which were brought against Beaumont Independent School District and/or Stephen Rivers are hereby DISMISSED WITH PREJUDICE.

The parties shall each bear their own respective costs of court, fees, and expenses. Any relief not expressly granted herein is DENIED.

**AGREED:**

By: /s/ B. Adam Terrell[1]
    B. ADAM TERRELL
    Texas Bar No. 19790900
    **WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
    Post Office Box 350
    Beaumont, TX 77704-0350
    Phone: (409) 838-0101
    Fax: (409) 832-2940
    *Attorney For Plaintiffs*


By: /s/ Christopher B. Gilbert
    Christopher B. Gilbert
    Attorney-in-Charge
    State Bar No. 00787535
    Frances R. Broussard
    State Bar No. 24055218
    **THOMPSON & HORTON LLP**
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Telephone: (713) 554-6744
    Facsimile: (713) 583-7698
    ***Attorneys for Defendant Beaumont Independent School District***


By: /s/ James E. Byrom[2]
    James E. Byrom
    State Bar No. 03568100
    Kelley K. Kalchthaler
    State Bar No. 24074509
    **WALSH, ANDERSON, GALLEGOS, GREEN & TREVIÑO, P.C.**
    10375 Richmond Avenue, Suite 750
    Houston, Texas 77042
    Telephone: (713) 789-6864
    Facsimile: (713) 789-9318
    *Attorneys for Defendant Stephen Rivers*

---

[1] Signed and filed by permission: /s/ Christopher B. Gilbert
[2] Signed and filed by permission: /s/ Christopher B. Gilbert