**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DARON JEROME WILLIS, et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | CIVIL ACTION No. 1:14-cv-314 |
| v. § | |
| § | JUDGE RON CLARK |
| BEAUMONT INDEPENDENT § | VSL |
| SCHOOL DISTRICT, et al., § | |
| § | |
| *Defendants.* § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Parties jointly move to dismiss this case with prejudice. (Dkt. # 43). The court is of the opinion that it should grant this motion. IT IS THEREFORE ORDERED that the Stipulation of Dismissal (Dkt. # 43) is GRANTED, and this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that costs will be borne by the party incurring the same. IT IS FURTHER ORDERED that all pending motions in this matter are DENIED AS MOOT.

So **ORDERED** and **SIGNED** this **13** day of **May, 2015.**

_____
Ron Clark, United States District Judge